FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
ANDY DEVEAUX and CITY OF HOMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DANIEL MAHONEY,                )
                               )
            Plaintiff,         )
                               )   Case No. 3:06-CV-00070 [TMB]
      vs.                      )
                               )
BRYAN BARLOW, in his           )
individual capacity, ANDY      )
DEVEAUX, in his individual     )
capacity and CITY OF HOMER,    )   ANSWER OF ANDY DEVEAUX AND
                               )   CITY OF HOMER
            Defendants.        )
_____)

       COME NOW Defendants ANDY DEVEAUX and CITY OF HOMER, by and through their attorney, FRANK S. KOZIOL, and hereby respond to Plaintiff's Complaint for Deprivation of Constitutional and/or Law Rights, Privileges or Immunities dated March 24, 2006 as follows:

**Demand for Jury Trial**

       Defendants request a trial by jury in the above-

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

captioned cause of action.

**Residential Allegations, Jurisdictional Allegations and Parties**

    **I.   Plaintiff's Residential and Party Facts**

    1.   Answering Defendants admit the allegations.

    **II.  Defendants' Residential and Party Facts**

    2.   Answering Defendants, upon information and belief, admit that Defendant Bryan Barlow was a competent adult citizen of the United States, and resident of the State of Alaska, and was acting as an Alaska State Trooper at all times relevant and material to this action. Answering Defendants deny the remaining allegations based upon lack of knowledge.

    3.   Answering Defendants admit the allegations.

    4.   Answering Defendants admit the allegations.

    **III. Court's Jurisdiction**

    5.   Answering Defendants decline to respond as only legal allegations are asserted.

    6.   Answering Defendants admit this Court has jurisdiction.

**FIRST CAUSE OF ACTION**

    7.   Answering Defendant DeVeaux admits the first two sentences of this paragraph except deny that the incident occurred within the City of Homer. Answering Defendant DeVeaux denies the allegations in the third sentence of this paragraph

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Answer of Defendants Andy Deveaux and City of Homer
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 6

except as follows. Answering Defendant DeVeaux admits that Plaintiff told Defendants Barlow and DeVeaux that he did not want to speak to them, and further admits that Plaintiff was taken to the ground by Defendant Barlow, that Defendant Barlow used oleoresin capsicum spray on Plaintiff, and that Plaintiff was eventually handcuffed and transported by Defendant DeVeaux in his (DeVeaux's) vehicle. The aforementioned actions occurred after Plaintiff was informed he was being detained due to domestic violence allegations and after Plaintiff became resistant and ultimately violent.

    8. Answering Defendant DeVeaux denies the allegations.

    9. Answering Defendant DeVeaux denies the allegations.

    10. Answering Defendant DeVeaux denies the allegations.

### SECOND CAUSE OF ACTION

    11. Answering Defendant DeVeaux incorporates by reference all his responses contained in paragraphs 1 through 10 as if fully restated herein.

    12. Answering Defendant DeVeaux denies the allegations.

    13. Answering Defendant DeVeaux denies the

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Answer of Defendants Andy Deveaux and City of Homer
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 3 of 6

allegations.

14.  Answering Defendant DeVeaux denies the allegations.

### THIRD CAUSE OF ACTION

15.  Answering Defendant DeVeau incorporates by reference all his responses contained in paragraphs 1 through 14 as if fully restated herein.

16.  Answering Defendant DeVeaux denies the allegations.

17.  Answering Defendant DeVeaux denies the allegations.

18.  Answering Defendant DeVeaux denies the allegations.

### FOURTH CAUSE OF ACTION

19.  Answering Defendant City of Homer incorporates by reference all of the responses contained in paragraphs 1 through 18 as if fully restated herein.

20.  Answering Defendant City of Homer denies the allegations.

21.  Answering Defendant City of Homer denies the allegations.

22.  Answering Defendant City of Homer denies the allegations.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Answer of Defendants Andy Deveaux and City of Homer
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 4 of 6

23.  Answering Defendant City of Homer denies the allegations.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint for Deprivation of Constitutional and/or Law Rights, Privileges or Immunities fails to state a claim upon which relief can be granted and, therefore, should be dismissed with prejudice.

### SECOND AFFIRMATIVE DEFENSE

Answering Defendants were privileged to use any force applied to Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

Answering Defendants are entitled to immunity pursuant to applicable statutes and the common law.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff was comparatively at fault and any recovery should be barred or reduced accordingly.

### FIFTH AFFIRMATIVE DEFENSE

Answering Defendants reserve the right to add further affirmative defenses as discovery may reveal are available to them.

WHEREFORE, having responded to Plaintiff's Complaint for Deprivation of Constitutional and/or Law Rights, Privileges or Immunities, Defendants ANDY DEVEAUX and CITY OF HOMER request

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Answer of Defendants Andy Deveaux and City of Homer
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 5 of 6

the following relief:

1. That Plaintiff's Complaint for Deprivation of Constitutional and/or Law Rights, Privileges or Immunities be dismissed with prejudice.

2. That Answering Defendants recover reasonable costs and attorney's fees incurred in defending this action.

3. For any other relief this Court deems just.

DATED at Anchorage, Alaska, this 1ST day of May, 2006.

                              LAW OFFICE OF FRANK S. KOZIOL
                              Attorney for Defendants Andy
                               DeVeaux and City of Homer

By: _____
      Frank S. Koziol
      ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Arthur S. Robinson, Esq., at his address of record, this 1ST day of May, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Answer of Defendants Andy Deveaux and City of Homer
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 6 of 6