FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
ANDY DEVEAUX and CITY OF HOMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRYAN BARLOW, in his )<br>individual capacity, ANDY )<br>DEVEAUX, in his individual )<br>capacity and CITY OF HOMER, )<br>)<br>Defendants. )<br>_____) | Case No. 3:06-CV-00070 [TMB] |

ENTRY OF APPEARANCE

COMES NOW FRANK S. KOZIOL and enters his appearance as attorney of record for Defendants ANDY DEVEAUX and CITY OF HOMER in the above-captioned proceeding and requests that he be served with copies of all pleadings and documents at his office located at 618 Christensen Drive, Anchorage, Alaska 99501.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED at Anchorage, Alaska, this **1st** day of **MAY**, 2006.

                        LAW OFFICE OF FRANK S. KOZIOL
                        Attorney for Defendants Andy
                         DeVeaux and City of Homer

By: _____
     Frank S. Koziol
     ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Arthur S. Robinson, Esq., at his address of record, this **1st** day of **MAY**, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Entry of Appearance
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2