DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRYAN BARLOW, in his individual Capacity, ANDY DEVEAUX, in his individual capacity and City of Homer, | ) ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-0070 TMB |
| | ) |

**ENTRY OF APPEARANCE**

Please take notice that Gilman Dana S. Burke, Assistant Attorney General, Department of Law, 1031 West Fourth Avenue, Suite 200, Anchorage, AK 99501, Telephone: (907) 269-5190, hereby enters his appearance as counsel of record in the above-captioned matter on behalf of Defendant Bryan Barlow.

Copies of all notices, motions and pleadings should be sent to the address referenced above.

DATED this 10th day of May 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: /s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dana_Burke@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 9011085

This is to certify that on this date, a copy of the
Foregoing is being electronically filed to:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke  5/10/06