DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRYAN BARLOW, in his individual Capacity, ANDY DEVEAUX, in his individual capacity and City of Homer, | ) ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-0070 TMB |
| | ) |

**DEMAND FOR JURY TRIAL**

Defendant, Bryan Barlow, by and through the Office of the Attorney General, requests and demands a trial by jury on all issues triable of right by jury in the above-entitled cause.

DATED this 10th day of May 2006, at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By:   /s/ Gilman Dana S. Burke
      Assistant Attorney General
      Office of the Attorney General
      1031 W. 4th Ave., Ste. 200
      Anchorage, AK 99501
      Phone: (907) 269-5190
      Fax:   (907) 258-0760
      Dana_Burke@law.state.ak.us
      TWC_ECF@law.state.ak.us
      Alaska Bar No. 9011085

This is to certify that on this date, a copy of the
Foregoing is being electronically filed to:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke  5/10/06

*Demand for Jury Trial*
*Mahoney v. Barlow, et al.*
Page 2 of 2