Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK 99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
Email: office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-70 (TMB) |
| ) | |
| BRYAN BARLOW, in his individual, ) | |
| Capacity, ANDY DEVEAUX, in his ) | SCHEDULING AND PLANNING |
| individual capacity and City of ) | CONFERENCE REPORT |
| Homer. ) | |
| ) | |
| Defendants. ) | |

1. **Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on May 26, 2006, and was attended by:

    Arthur Robinson, attorney for Plaintiff

    Dana Burke, attorney for defendant Barlow

    Frank Koziol, attorney for defendants DeVeaux and City of Homer

The parties recommend the following:

2. **Pre-Discovery Disclosures.**   The information required by F.R.Civ.P. 26(a)(1):

    _____ have been exchanged by the parties.

    __X__ will be exchanged by the parties by June 26, 2006.

Proposed changes to disclosure requirements:

    None

Preliminary witness lists

   ____  have been exchanged by the parties.

   _X_  will be exchanged by the parties by July 25, 2006.

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    Liability, damages, and immunity issues.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues:

      Liability, damages and immunity.

   B. All discovery commenced in time to be completed by

      May 31, 2007

   C. Limitations on Discovery.

     1. Interrogatories

       _X_  No change from F.R.Civ.P. 33(a).

       ____  Maximum of _____ by each party to any other party.

      Responses due in ____ days.

     2. Requests for Admissions.

       _X_  No change from F.R.Civ.P. 36(a).

       ____  Maximum of _____ requests.

      Responses due in _____ days.

    3.    Depositions.

        \_\_\_\_\_  No change from F.R.Civ.P. 36(a),(d).

        \_\_\_\_\_  Maximum of __none__ depositions by each party.

        Depositions not to exceed __six (6)__ hours unless agreed to by all parties.

D.    Reports from retained experts.

        \_\_\_\_\_  Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

        \_\_\_\_\_  Reports due:

Exchange of names of primary experts due 90 days before discovery closes;

Exchange of names of rebuttal witnesses due 15 days from primary expert witness names disclosed;

Expert reports due 30 days prior to close of discovery.

From Plaintiffs __X__   From Defendant __X__

E.    Supplementation of disclosures and discovery responses are to be made:

    __X__  Periodically at 60-day intervals from the entry of scheduling and planning order.

    \_\_\_\_\_  As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    __X__  45 days prior to the close of discovery.

    _____  Not later than _____.

5. **Pretrial Motions.**

  __X__  No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

_____ Motions to amend pleadings or add parties to be filed not later than December 4, 2005.

_____ Motions under the discovery rules must be filed not later than thirty (30) days after close of discovery.

_____ Motions in limine and dispositive motions must be filed not later than thirty (30) days after close of discovery.

6. **Other Provisions:**

   A.  __X__  The parties do not request a conference with the court before the entry of the scheduling order.

      _____  The parties request a scheduling conference with the court on the following issue(s):

   B.  Alternative Dispute Resolution. [D.Ak. LR 16.2]

      _____  This matter is not considered a candidate for court-annexed alternative dispute resolution.

      __X__  The parties will file a request for alternative dispute resolution not later than <u>30 days after discovery closes</u>.

         __X__ Mediation _____ Early Neutral Evaluation

   C.  The parties ____ do __X__ not consent to trial before a

    magistrate judge.

 D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   ____ All parties have complied  _X_ Compliance not required by any party

7. **Trial.**

 A. The matter will be ready for trial:

   _____  45 days after the discovery close date.

   _X_  Not later than <u>September 4, 2007</u>.

 B. This matter is expected to take seven (7) days to try.

 C. Jury Demanded _X_ Yes  ____ No

  Right to jury trial disputed?  ____ Yes _X_ No

```
Dated: May 31, 2006        ROBINSON & ASSOCIATES

                      By:  s/ARTHUR S. ROBINSON
                           Attorney for Plaintiff
                           35401 Kenai Spur Highway
                           Soldotna, AK 99669
                           Tel: (907) 262-9164
                           Fax: (907) 262-7034
                           Email: Office@robinsonandassociates.net
                           ABA 0574026


Dated: June 2, 2006        DAVID W. MARQUEZ
                           Attorney General

                      By:  s/GILMAN DANA S. BURKE
                           Assistant Attorney General
                           Office of the Attorney General
                           1031 W. 4th Ave., Ste. 200
                           Anchorage, AK 99501
                           Phone: (907) 269-5190
                           Fax:   (907) 258-0760
                           Dana_Burke@law.state.ak.us
                           TWC_ECF@law.state.ak.us
                           ABA 9011085
```

Dated: May 31, 2006        LAW OFFICE OF FRANK S. KOZIOL

                         By:  S/FRANK S. KOZIOL
                            618 Christensen Drive
                            Anchorage, AK  99501
                            Phone: (907) 258-7706
                            Fax: (907) 258-7707
                            koziol@gci.net
                            ritagutierrez.koziol@gci.net
                            ABA 7210054

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 6th day of June, 2006, a copy of the foregoing was electronically mailed to the following:

Gilman Dana S. Burke
Dana_Burke@law.state.ak.us

Frank S. Koziol
koziol@gci.net

s/Arthur S. Robinson