FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
ANDY DEVEAUX and CITY OF HOMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, )<br>)<br>Plaintiff, )<br>) Case No. 3:06-CV-00070 [TMB]<br>vs. )<br>)<br>BRYAN BARLOW, in his )<br>individual capacity, ANDY )<br>DEVEAUX, in his individual ) STIPULATION REGARDING<br>capacity and CITY OF HOMER, ) PRODUCTION BY THE CITY OF<br>) HOMER OF CONFIDENTIAL, OR<br>Defendants. ) POTENTIALLY CONFIDENTIAL,<br>_____) MATERIALS | |

COME NOW the parties hereto, by and through their respective attorneys of record, whose signatures appear below, and stipulate and agree:

Plaintiff seeks access to the City of Homer personnel file of Andy DeVeaux. Plaintiff also seeks access to any policies and/or procedures, including training manuals utilized by the City of Homer and in effect as of August 2004 regarding

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

the making of arrests by Homer police officers. However, Mr. DeVeaux's personnel file is privileged pursuant to Homer City Code 1.80.040(b) and City of Homer Personnel Regulation 1.5. The policies and/or procedures and training manuals are privileged pursuant to AS 40.25.120 (6)(A), (E), and (F). In order to preserve confidentiality while permitting Plaintiff discovery, the following agreement has been stipulated to by the parties.

It is hereby stipulated and agreed among the parties, through counsel of record, that the City of Homer shall provide Plaintiff's counsel access to personnel file of Andy DeVeaux. Also, the City of Homer shall provide Plaintiff's counsel access to policies and/or procedures, including training manuals, utilized by it that were in effect as of August, 2004 regarding the making of arrests by Homer police officers.

It is further agreed that there will be the following exceptions to production, which will be reflected in a privilege log produced by the City of Homer to the other parties in this action:

(1) Documents which are confidential as attorney work product or contain privileged attorney-client communications;

FRANK S. KOZIOL
ATTORNEY AT LAW
616 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation Regarding Production by City of Homer of Confidential, or Potentially Confidential, Materials
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 7

(2) Private information related to Andy DeVeaux such as his social security number, APSIN records, and financial records.

It is further agreed:

(1) Any dispute as to discoverability of documents identified on the privilege log shall be resolved by the Court prior to production in this action.

(2) All records produced shall not be placed in the public record without the respective party first obtaining permission from this Court.

(3) In order to protect the confidentiality of the information and documents contained in these files the parties, through counsel, stipulate that the records and information shall be used by counsel and the parties only for the purpose of prosecuting or defending claims in this case, shall be disclosed by counsel only to their staff, consultants and/or experts who agree to abide by this stipulation, and shall be copied only when absolutely necessary by counsel and their staff, consultants, and experts who agree to abide by this stipulation.

(4) Control and distribution of all copies shall be the responsibility of each party's counsel in the case.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation Regarding Production by City of Homer of Confidential, or Potentially Confidential, Materials
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 3 of 7

(5) In the event it is necessary for a party to copy a document, this copying will be performed by the party's counsel's own staff and not sent out to a non-party duplication service.

(6) Nothing in this stipulation shall preclude the disclosure of any of the information and/or documents to any witness during any deposition in this case, provided that:

(a) the information and/or documents are disclosed only as described above, and to the court reporter, and the witness attending the deposition;

(b) the court reporter and witness are instructed that they are bound by this stipulation and order of the Court, which shall be attached as an exhibit to the deposition, and

(c) the deposition and any exhibits which contain confidential information or documents are to be treated as confidential under this stipulation and order.

(7) No access to the information and documents subject to this order shall be given to unrepresented parties absent their direct request and further order of the Court. The represented parties agree to cooperate to the extent that any unrepresented party seeks to request such disclosure from the Court.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation Regarding Production by City of Homer of Confidential, or Potentially Confidential, Materials
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 4 of 7

```
                                    LAW OFFICE OF FRANK S. KOZIOL
                                    Attorney for Defendants Andy
                                      DeVeaux and City of Homer

Dated:  2/13/07                     _____
                                    Frank S. Koziol
                                    Alaska Bar No. 7210054
```

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation Regarding Production by City of Homer of Confidential, or Potentially Confidential, Materials
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 5 of 7

                                    ROBINSON & ASSOCIATES
                                    Attorneys for Plaintiff
                                    Daniel Mahoney

Dated: Dec. 22, 2006                  /s/ Arthur S. Robinson
                                      Arthur S. Robinson
                                      Alaska Bar No. 7405026

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation Regarding Production by City of Homer of Confidential, or Potentially Confidential, Materials
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 6 of 7

STATE OF ALASKA, DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
Attorneys for Defendant
~~Bryan~~ Barlow

Dated: 2/06/07

G. Dana S. Burke
Alaska Bar No. 9011085
Gilman Dana S. Burke

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol ~~12/__/06~~
2/14/07

FRANK S. KOZIOL
ATTORNEY AT LAW
318 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation Regarding Production by City of Homer of Confidential, or Potentially Confidential, Materials
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 7 of 7