FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
ANDY DEVEAUX and CITY OF HOMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-CV-00070 [TMB] |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his ) | |
| individual capacity, ANDY ) | PROPOSED ORDER |
| DEVEAUX, in his individual ) | STIPULATION REGARDING |
| capacity and CITY OF HOMER, ) | PRODUCTION BY THE CITY OF |
| ) | HOMER OF CONFIDENTIAL, OR |
| Defendants. ) | POTENTIALLY CONFIDENTIAL, |
| ) | MATERIALS |

     The Court, finding that the interests of justice and the needs of the litigants outweighs the privacy interests at issue, including those created by, but not limited to, Homer City Code 1.80.040(b), City of Homer Personnel Regulation 1.5, and AS 40.25.120 (6)(A), (E), and (F), and recognizing the privacy interests of several non-party individuals to the contents therein, hereby orders production of the personnel file

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

of Andy DeVeaux and the policies and/or procedures, including training manuals utilized by the City of Homer that were in effect as of August, 2004 regarding the making of arrests by Homer police officers, pertinent to this action in accordance with the terms of this stipulation.

SO ORDERED:

DATED this _____ day of _____, _____.

_____
TIMOTHY M. BURGESS
DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol ~~12/__/06~~ 2/14/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Stipulation Regarding Production by City of Homer of
 Confidential, or Potentially Confidential, Materials
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2