IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:06-CV-00070 [TMB] |
| vs. | ) |
| | ) |
| BRYAN BARLOW, in his individual capacity, ANDY DEVEAUX, in his individual capacity and CITY OF HOMER, | ) |
| | ) ORDER |
| | ) STIPULATION REGARDING |
| | ) PRODUCTION BY THE CITY OF |
| | ) HOMER OF CONFIDENTIAL, OR |
| Defendants. | ) POTENTIALLY CONFIDENTIAL, |
| _____ | ) <u>MATERIALS</u> |

The Court, finding that the interests of justice and the needs of the litigants outweighs the privacy interests at issue, including those created by, but not limited to, Homer City Code 1.80.040(b), City of Homer Personnel Regulation 1.5, and AS 40.25.120 (6)(A), (E), and (F), and recognizing the privacy interests of several non-party individuals to the contents therein, hereby orders production of the personnel file of Andy DeVeaux and the policies and/or procedures, including training manuals utilized by the City of Homer that were in effect as of August, 2004 regarding the making of arrests by Homer police officers, pertinent to this action in accordance with the terms of this stipulation.

**SO ORDERED:**

DATED this 20th day of February, 2007.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
DISTRICT COURT JUDGE