TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRYAN BARLOW, in his individual )<br>Capacity, ANDY DEVEAUX, in his )<br>individual capacity and City of )<br>Homer, )<br>)<br>Defendants. ) | Case No. 3:06-cv-0070 TMB |

**STIPULATION TO EXTEND DEADLINES FOR EXPERT REPORTS
AND CLOSE OF DISCOVERY**

Undersign counsel for defendant Bryan Barlow, with the permission of counsel for plaintiff Mahoney and counsel for defendants Andy Deveaux and City of Homer, submits this stipulation to extend the deadlines for expert reports and the close of discovery. Pursuant to paragraphs 4, 6, and 7 of the Court's Scheduling and Planning Order dated

June 12, 2006, the parties agree to extend the expert witness disclosure and discovery deadlines for two months. The parties agree that the new deadlines are as follows:

    1)    Expert witness disclosure in accordance with Rule 26(a)(2) must be made no later than May 2, 2007.

    2)    All discovery must be scheduled so as to be completed by July 31, 2007.

In accordance with the Court's Scheduling and Planning Order, paragraph 7, the Court is advised that remaining discovery includes lay witness depositions, the exchange of expert disclosures and reports, and expert depositions. The parties have had difficulty scheduling depositions due to substantial trial calendar conflicts. Six fact witness depositions are now scheduled to take place April 16 and April 17, 2007. There may be a small number of additional fact witness depositions, including the deposition of plaintiff's treating doctor. Expert witness depositions will be scheduled following the exchange of expert reports. The parties believe it is important to conduct the fact witness depositions before expert reports (which will focus on police use of force procedures) are published.

The parties agree that they will use the new close of discovery deadline, May 31, 2007, to calculate the deadlines for any remaining items on the Scheduling and Planning Order.

As previously stated this stipulation is submitted by counsel for defendant Barlow, with the permission of counsel for the other parties. The undersigned so certifies.

Stipulation to Extend Deadlines for
Expert Reports and Close of Discovery
*Mahoney v. Barlow, et al.*
Case No.: 3:06-cv-0070 TMB
Page 2 of 3

DATED this 22nd day of February 2007, at Anchorage, Alaska.

        TALIS J. COLBERG
        ATTORNEY GENERAL

By:   /s/ Gilman Dana S. Burke
      Assistant Attorney General
      Office of the Attorney General
      1031 W. 4th Ave., Ste. 200
      Anchorage, AK 99501
      Phone: (907) 269-5190
      Fax:   (907) 258-0760
      Dana_Burke@law.state.ak.us
      TWC_ECF@law.state.ak.us
      Alaska Bar No. 9011085

This is to certify that on this date, a copy of the foregoing is being electronically filed to:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke  02/22/07

Stipulation to Extend Deadlines for
Expert Reports and Close of Discovery
*Mahoney v. Barlow, et al.*
Case No.: 3:06-cv-0070 TMB
Page 3 of 3