FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
ANDY DEVEAUX and CITY OF HOMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,<br><br>      Plaintiff,<br><br>vs.<br><br>BRYAN BARLOW, in his individual capacity, ANDY DEVEAUX, in his individual capacity and CITY OF HOMER,<br><br>      Defendants. | Case No. 3:06-CV-00070 [TMB]<br><br>STIPULATION TO EXTEND <u>PRETRIAL DEADLINES</u> |

COME NOW the parties, by and through their attorneys of record, and hereby stipulate and agree to extend the pretrial deadline dates as follows:

The depositions of the parties and two witnesses took place on April 16, and 17, 2007. The parties are having these depositions transcribed and given to their experts who will generate reports based upon the transcripts. The defendants

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

have set a medical examination of Plaintiff on June 28, 2007. This examination could not be set earlier due to scheduling conflicts. Defendants will not have a report from this expert until July 16, 2007. Plaintiff's attorney will be out of the country from April 28, 2007 until his return to his office on May 21, 2007. Depositions of additional witnesses and experts are expected prior to the close of discovery.

As a result, of the above, the parties stipulate and agree to the following amended deadlines and request the Court to approve these deadlines:

1.   Non-Medical Expert Witness Disclosures: July 2, 2007.

2.   Medical Expert Witness Disclosures: July 16, 2007.

3.   Discovery Completed: August 1, 2007.

4.   Final Lay Witness Lists: July 2, 2007.

5.   Discovery Motions: August 31, 2007.

6.   Dispositive Motions: August 31, 2007.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

|  |  |
|---|---|
|  | LAW OFFICE OF FRANK S. KOZIOL<br>Attorney for Defendants Andy<br>  DeVeaux and City of Homer |
| Dated: 4/27/2007 | By: /s Frank S. Koziol<br>Law Office of Frank S. Koziol<br>618 Christensen Drive<br>Anchorage, Alaska 99501<br>Phone: 907-258-7706<br>Fax: 907-258-7707<br>Email: koziol@gci.net<br>ritagutierrez.koziol@gci.net<br>ABA No. 7210054 |
|  | ROBINSON & ASSOCIATES<br>Attorneys for Plaintiff<br>  Daniel Mahoney |
| Dated: 4/27/2007 | By: s/ Arthur S. Robinson<br>(CONSENT GIVEN)<br>Arthur S. Robinson<br>Robinson & Associates<br>35401 Kenai Spur Highway<br>Soldotna, Alaska 99669<br>Phone: 907-262-9164<br>Fax: 907-262-7034<br>Email:<br>office@robinsonandassociates.net<br>lynda@robinsonandassociates.net<br>Alaska Bar No. 7405026 |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

                    STATE OF ALASKA, DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
Attorneys for Defendant
 Bryan Barlow

Dated: 4/27/2007        By: _s/ G. Dana S. Burke_
(CONSENT GIVEN
G. Dana S. Burke
Assistant Attorney General
State of Alaska Department of Law
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 907-269-5190
Fax: 907-258-0760
dana_burke@law.state.ak.us
twc_ecf@law.state.ak.us
suzanne_brower@law.state.ak.us
Alaska Bar No. 9011085

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 4/27/2007

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707