FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
ANDY DEVEAUX and CITY OF HOMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRYAN BARLOW, in his )<br>individual capacity, ANDY )<br>DEVEAUX, in his individual )<br>capacity and CITY OF HOMER, )<br>)<br>Defendants. )<br>_____) | Case No. 3:06-CV-00070 [TMB]<br><br>PROPOSED ORDER GRANTING<br>STIPULATION TO EXTEND<br>PRETRIAL DEADLINES |

Based on the Stipulation of the parties, this Court hereby continues the pretrial deadlines as follows:

    1.    Non-Medical Expert Witness Disclosures: July 2, 2007.

    2.    Medical Expert Witness Disclosures: July 16, 2007.

    3.    Discovery Completed: August 1, 2007.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

    4.    Final Lay Witness Lists: July 2, 2007.

    5.    Discovery Motions: August 31, 2007.

    6.    Dispositive Motions: August 31, 2007.

DATED this _____ day of _____, _____.

 

                            TIMOTHY M. BURGESS
                            DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol  4/27/2007

FRANK S. KOZIOL
ATTORNEY AT LAW
818 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707