IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 3:06-cv-00070 TMB | |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his ) | |
| individual capacity, ANDY ) ORDER GRANTING | |
| DEVEAUX, in his individual ) STIPULATION TO EXTEND | |
| capacity and CITY OF HOMER, ) PRETRIAL DEADLINES | |
| ) | |
| Defendants. ) | |
| ) | |

Based on the Stipulation of the parties, this Court hereby continues the pretrial deadlines as follows:

    1.    Non-Medical Expert Witness Disclosures:  July 2, 2007.

    2.    Medical Expert Witness Disclosures:  July 16, 2007.

    3.    Discovery Completed:  August 1, 2007.

    4.    Final Lay Witness Lists:  July 2, 2007.

    5.    Discovery Motions:  August 31, 2007.

6.  Dispositive Motions: August 31, 2007.

DATED this 30th day of April, 2007.

                    /s/ Timothy M. Burgess
                    TIMOTHY M. BURGESS
                    DISTRICT COURT JUDGE