Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY  )<br>  )<br>     Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>BRYAN BARLOW, in his individual,  )<br>Capacity, ANDY DEVEAUX, in his  )<br>individual capacity and City of  )<br>Homer.  )<br>  )<br>     Defendants.  ) | Case No. 3:06-cv-70 (TMB)<br><br>**STIPULATION TO EXTEND<br>DISCOVERY DEADLINE** |

   COME NOW the parties, by and through their attorneys of record, and hereby stipulate and agree to extend the discovery deadline as follows:

   Depositions of additional witnesses and experts are expected prior to the close of discovery.  As a result, the parties stipulate and agree to the following amended deadline and request the Court to approve the amendment:

       Discovery Completed: September 7, 2007

IT IS SO STIPULATED AND AGREED.

Dated: July 6, 2007          ROBINSON & ASSOCIATES

         By:   s/ARTHUR S. ROBINSON
            Attorney for Plaintiff
            35401 Kenai Spur Highway
            Soldotna, AK 99669
            Tel: (907) 262-9164
            Fax: (907) 262-7034
            Email: Office@robinsonandassociates.net
            ABA 7405026


Dated: July 6, 2007          DAVID W. MARQUEZ
            Attorney General

         By:   s/GILMAN DANA S. BURKE
            Assistant Attorney General
            Office of the Attorney General
            1031 W. 4th Ave., Ste. 200
            Anchorage, AK 99501
            Phone: (907) 269-5190
            Fax:   (907) 258-0760
            Dana_Burke@law.state.ak.us
            TWC_ECF@law.state.ak.us
            ABA 9011085

Dated: July 6, 2007          LAW OFFICE OF FRANK S. KOZIOL

         By:   S/FRANK S. KOZIOL
            618 Christensen Drive
            Anchorage, AK  99501
            Phone: (907) 258-7706
            Fax: (907) 258-7707
            koziol@gci.net
            ritagutierrez.koziol@gci.net
            ABA 7210054

**Certificate of Service**

I HEREBY CERTIFY that on July 12, 2007, a copy of the foregoing *Stipulation to Extend Discovery Deadline* was served electronically on the following:

Gilman Dana S. Burke  Dana_Burke@law.state.ak.us
Frank S. Koziol  koziol@gci.net

By: s/Arthur S. Robinson