Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:06-cv-70 (TMB) |
| vs. | ) |
| | ) |
| BRYAN BARLOW, in his individual, Capacity, ANDY DEVEAUX, in his individual capacity and City of Homer. | ) **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINE** |
| | ) |
| Defendants. | ) |

Upon the parties' stipulation to extend discovery deadline,

IT IS HEREBY ORDERED that the parties' stipulation is GRANTED.

Discovery is to be completed by September 7, 2007.

DATED at Anchorage, Alaska, this ___ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
Judge of the U.S. District Court