TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone:  (907)269-5190
Fax:  (907)258-0760

Attorney for Defendant Bryan Barlow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRYAN BARLOW, in his individual | ) |
| Capacity, ANDY DEVEAUX, in his | ) |
| individual capacity and City of | ) |
| Homer, | ) |
| | ) |
| Defendants. | ) Case No.  3:06-cv-0070 TMB |
| | ) |

## NOTICE OF SUBMISSION OF PROPOSED ORDER TO ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This proposed Order Granting Partial Summary Judgment is attached to

Defendant Barlow's Motion For Partial Summary Judgment Re: Qualified Immunity

For Defendant Barlow's Decision To Detain And Handcuff Plaintiff; And Re: The

Illegality Of Plaintiff's Resistance To The Detention/Handcuffing, which is filed under

Document number 25.

DATED this 13th day of July 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL


By:   /s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dana_Burke@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 9011085



CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of **Notice Of Submission to Order Granting Partial Summary Judgment** is being electronically filed and served by mail on:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke 7/13/07

Notice of Submission to Order Granting Partial Summary
*Mahoney v. Barlow et al*
Page 2 of 2