TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendant Bryan Barlow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRYAN BARLOW, in his individual ) | |
| Capacity, ANDY DEVEAUX, in his ) | |
| individual capacity and City of ) | |
| Homer, ) | |
| ) | |
| Defendants. ) | Case No. 3:06-cv-0070 TMB |
| ) | |

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

The Court, having reviewed Defendant Barlow's Motion for Partial Summary Judgment and all opposition and reply memoranda, hereby rules that Defendant Barlow's motion is granted in its entirety. The Court rules as follows:

A. Based on qualified immunity, Sgt. Barlow is immune from all claims asserted by Plaintiff pertaining to Sgt. Barlow's actions up to and including the point of his decision to detain and handcuff Plaintiff; Plaintiff is barred from claiming

that the detention and handcuffing decision was improper;

      B.    Sgt. Barlow's detention and handcuffing decision was lawful; as a matter of law the decision to detain and handcuff Plaintiff did not violate Plaintiff's constitutional rights;

      C.    Plaintiff's resistance to Sgt. Barlow's lawful detention and handcuffing efforts was illegal under Alaska law, and exceeded Plaintiff's rights under the Constitution;

      D.    Consequently, the only remaining, triable liability issue is whether Sgt. Barlow (and Officer DeVeax) used alleged excessive force proximately causing injury to Plaintiff when they responded to Plaintiff's unlawful resistance, or whether Plaintiff's alleged injuries were legally caused by unlawful resistance.

IT IS SO ORDERED this ___ day of July, 2007 at Anchorage, Alaska.

_____
Judge Burgess, U.S. District Court Judge

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of **Order Granting Partial Summary Judgment** is being electronically filed and served by mail on:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke 7/13/07

Order Granting Partial Summary
*Mahoney v. Barlow et al*
Page 2 of 2