TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendant Bryan Barlow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRYAN BARLOW, in his individual Capacity, ANDY DEVEAUX, in his individual capacity and City of Homer, | ) ) ) ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-0070 TMB |
| | ) |

## NOTICE OF ERRATA AND SUPPLEMENTAL FILING

Defendant Barlow hereby informs the Court and opposing counsel that Exhibit E of Defendant's July 13, 2007 Motion for Partial Summary Judgment (Docket 25) was misfiled. Two pages were missing; pages 7 and 9 of Exhibit E are re-filed herewith by electronic submission.

DATED this 16th day of July, 2007 at Anchorage, Alaska.

        TALIS J. COLBERG
        ATTORNEY GENERAL

By:   /s/ Gilman Dana S. Burke
       Assistant Attorney General
       Office of the Attorney General
       1031 W. 4th Ave., Ste. 200
       Anchorage, AK 99501
       Phone: (907) 269-5190
       Fax:   (907) 258-0760
       Dana_Burke@alaska.gov
       TWC_ECF@alaska.gov
       ABA No. 9011085

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of **Errata to Defendant Barlow's Motion for Partial Summary Judgment** is being electronically filed and served by mail on:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke 7/16/07

Errata for Motion for Partial Summary
*Mahoney v. Barlow et al*
Page 2 of 2