TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendant Bryan Barlow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY | ) |
| Plaintiff, | ) |
| v. | ) |
| BRYAN BARLOW, in his individual Capacity, ANDY DEVEAUX, in his individual capacity and City of Homer, | ) |
| Defendants. | ) Case No. 3:06-cv-0070 TMB |

## NOTICE OF LODGING PROPOSED ORDER RE:SUBMISSION OF COMPACT DISK

Defendant Barlow, through counsel and pursuant to an instruction provided by the Court's clerical staff, hereby notifies the Court and opposing counsel that Defendant has lodged a proposed Order approving Defendant's submission of a compact disk (CD) in support of Defendant's Motion for Partial Summary Judgment, Docket at 25. As discussed in Defendant's Partial Summary Judgment Memorandum,

the CD (which has been delivered to the Court) contains the audio recording of the transcript marked as Exhibit C to Defendant's Partial Summary Judgment Motion. Per clerical staff's instructions, Defendant asks the Court to sign Defendant's proposed order approving the submission of the CD.

DATED this 18th day of July 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By:   /s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:   (907) 258-0760
Dana_Burke@alaska.gov
TWC_ECF@alaska.gov
Alaska Bar No. 9011085

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of **Notice Of Submission Of CD** is being electronically filed and served by mail on:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke 7/18/07

Notice of Submission of CD
*Mahoney v. Barlow et al*
Page 2 of 2