TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendant Bryan Barlow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY | ) |
| Plaintiff, | ) |
| v. | ) |
| BRYAN BARLOW, in his individual Capacity, ANDY DEVEAUX, in his individual capacity and City of Homer, | ) |
| Defendants. | ) Case No. 3:06-cv-0070 TMB |

### ORDER APPROVING SUBMISSION OF CD

The Court, having reviewed Defendant Barlow's Notice of Lodging Proposed Order RE: Submission of Compact Disk containing the audio recording of Exhibit C to Defendant Barlow's Partial Summary Judgment Motion, Docket at 25, hereby orders that the CD is deemed properly submitted. The Court will maintain possession of the CD, marked as Exhibit C (CD) to Defendant Barlow's Summary Judgment Memorandum, until the Court directs otherwise.

IT IS SO ORDERED this ___ day of July, 2007 at Anchorage, Alaska.

_____
Judge Burgess, U.S. District Court Judge

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of **Order Granting Submission of CD** is being electronically filed and served by mail on:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke 7/18/07