Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:06-cv-70 (TMB) |
| vs. | ) |
| | ) |
| BRYAN BARLOW, in his individual, | ) **NON-OPPOSED MOTION FOR** |
| Capacity, ANDY DEVEAUX, in his | )**ENLARGEMENT OF TIME TO FILE** |
| individual capacity and City of | ) **OPPOSITION TO MOTION** |
| Homer. | )**FOR PARTIAL SUMMARY JUDGMENT** |
| | ) |
| Defendants. | ) |

COMES NOW the plaintiff, by and through counsel, Arthur S. Robinson, and respectfully requests an extension of time until August 14, 2007, in which to file Plaintiff's opposition to the defendant's motion for partial summary judgment (Document 25) filed on July 13, 2007.  Plaintiffs' opposition is currently due on or before July 31, 2007.

This motion is made on the grounds that the undersigned counsel requires more time to fully research and draft an opposition to the defendant's motion.

Counsel's paralegal, Bonnie Burger, has communicated this request for additional time with Gilman Burke, counsel for defendant Barlow, and Mr. Burke has indicated that he does not oppose extending the deadline for plaintiff's opposition to August 14, 2007.

This motion is further supported by the accompanying affidavit.

DATED this 25th day of July, 2007.

ROBINSON & ASSOCIATES

By: s/ARTHUR S. ROBINSON
Attorney for Plaintiff
35401 Kenai Spur Highway
Soldotna, AK 99669
Tel: (907) 262-9164
Fax: (907) 262-7034
Email: Office@robinsonandassociates.net
ABA 7405026

**Certificate of Service**

I HEREBY CERTIFY that on July 25, 2007, a copy of the foregoing Motion for Enlargement of Time was served electronically on the following:

Gilman Dana S. Burke  Dana_Burke@law.state.ak.us
Frank S. Koziol  koziol@gci.net

By: s/Arthur S. Robinson