Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cv-70 (TMB) |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his individual, ) | **AFFIDAVIT IN SUPPORT OF** |
| Capacity, ANDY DEVEAUX, in his ) | **MOTION FOR ENLARGEMENT OF** |
| individual capacity and City of ) | **TIME TO FILE OPPOSITION** |
| Homer. ) | |
| ) | |
| Defendants. ) | |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

    I, BONNIE BURGER, being first duly sworn, depose and state the following:

    1.  I am a paralegal employed by Robinson & Associates.

    2.  On July 20, 2007, I spoke with attorney Gilman Burke regarding the Plaintiffs' request for additional time to file an

opposition to defendant Barlow's partial summary judgment motion, and Mr. Burke indicated that he does not oppose extending the time to August 14, 2007.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Bonnie Burger

SUBSCRIBED and SWORN TO before me this 25th day of July, 2007.

_____
Notary Public
My Commission Expires: 1-31-09