Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cv-70 (TMB) |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his individual, ) | **2nd NON-OPPOSED MOTION FOR** |
| Capacity, ANDY DEVEAUX, in his ) | **ENLARGEMENT OF TIME TO FILE** |
| individual capacity and City of ) | **OPPOSITION TO MOTION** |
| Homer. ) | **FOR PARTIAL SUMMARY JUDGMENT** |
| ) | |
| Defendants. ) | |

COMES NOW the plaintiff, by and through counsel, Arthur S. Robinson, and respectfully requests an extension of time until August 21, 2007, in which to file Plaintiff's opposition to the defendant's motion for partial summary judgment (Document 25) filed on July 13, 2007.  Plaintiffs' opposition is due today, August 14, 2007.

This motion is made on the grounds that the undersigned counsel requires more time to draft and finalize Plaintiff's opposition to the defendant's motion.

Undersigned counsel contacted defendant's counsel, Dana Burke, and Mr. Burke has indicated that he will not oppose another week's extension for Plaintiff's opposition.

This motion is further supported by the accompanying affidavit of counsel.

DATED this 14th day of August, 2007.

                    ROBINSON & ASSOCIATES

By:  s/ARTHUR S. ROBINSON
     Attorney for Plaintiff
     35401 Kenai Spur Highway
     Soldotna, AK 99669
     Tel: (907) 262-9164
     Fax: (907) 262-7034
     Email: Office@robinsonandassociates.net
     ABA 7405026

**Certificate of Service**
I HEREBY CERTIFY that on August 14, 2007, a copy of the foregoing 2nd Motion for Enlargement of Time was served electronically on the following:

Gilman Dana S. Burke   Dana_Burke@law.state.ak.us
Frank S. Koziol   koziol@gci.net

By: s/Arthur S. Robinson