Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:06-cv-70 (TMB) |
| vs. | ) |
| | ) |
| BRYAN BARLOW, in his individual, | ) |
| Capacity, ANDY DEVEAUX, in his | ) **Affidavit of Counsel** |
| individual capacity and City of | ) **In Support of** |
| Homer. | ) **2nd Motion for Enlargement** |
| | ) **of Time to File Opposition** |
| Defendants. | ) |

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

ARTHUR S. ROBINSON, being first duly sworn, deposes and states the following:

1.  I am attorney of record for the Plaintiff in the above-captioned matter and have personal knowledge of the statements made herein.

2.   Plaintiff's opposition to defendant Barlow's motion for partial summary judgment is due today, August 14, 2007. Counsel requires an additional week to complete the drafting of the opposition.

3.   I spoke with defendant Barlow's attorney, Gilman Burke, on August 13th and Mr. Burke indicated that defendant will not oppose an additional week for Plaintiff to file his opposition.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ARTHUR S. ROBINSON

SUBSCRIBED and SWORN TO before me this 14th day of August, 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 4-28-08



"OFFICIAL SEAL"
BONNIE H. BURGER
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES 4-28-08

## Certificate of Service

I HEREBY CERTIFY that on August 14, 2007, a copy of the foregoing Affidavit of Counsel was served electronically on the following:

Gilman Dana S. Burke  Dana_Burke@law.state.ak.us
Frank S. Koziol  koziol@gci.net

By: s/Arthur S. Robinson

Affidavit of Counsel - Page 2 of 2
Mahoney v. Barlow, Case No. 3:06-cv-00070 (TMB)