Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,<br><br>    Plaintiff,<br><br>vs.<br><br>BRYAN BARLOW, in his individual, Capacity, ANDY DEVEAUX, in his individual capacity and City of Homer.<br><br>    Defendants. | Case No. 3:06-cv-70 (TMB)<br><br>**NON-OPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION <u>FOR PARTIAL SUMMARY JUDGMENT</u>** |

COMES NOW the plaintiff, by and through counsel, Arthur S. Robinson, and respectfully requests an extension of one additional day to August 22, 2007, in which to file Plaintiff's opposition to the defendant's motion for partial summary judgment (Document 25) filed on July 13, 2007.  Plaintiffs' opposition is due today, August 21, 2007.

The opposition has been drafted, but will require one additional day to finalize the draft copy and prepare the exhibits for electronic filing.

Defendant's counsel was contacted today regarding Plaintiff's request for one additional day to file his opposition, and in Dana Burke's absence, Stephanie Galbraith Moore indicated that defendant does not oppose another day's extension for Plaintiff's opposition.

This motion is further supported by the accompanying affidavit.

DATED this 21st day of August, 2007.

                        ROBINSON & ASSOCIATES

By:  s/ARTHUR S. ROBINSON
      Attorney for Plaintiff
      35401 Kenai Spur Highway
      Soldotna, AK 99669
      Tel: (907) 262-9164
      Fax: (907) 262-7034
      Email: Office@robinsonandassociates.net
      ABA 7405026

**Certificate of Service**
I HEREBY CERTIFY that on August 21, 2007, a copy of the foregoing Motion for Enlargement of Time was served electronically on the following:

Gilman Dana S. Burke  Dana_Burke@law.state.ak.us
Frank S. Koziol  koziol@gci.net

By: s/Arthur S. Robinson