Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,<br><br>        Plaintiff,<br><br>vs.<br><br>BRYAN BARLOW, in his individual,<br>Capacity, ANDY DEVEAUX, in his<br>individual capacity and City of<br>Homer.<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:06-cv-70 (TMB)<br>)<br>)<br>)<br>) **Affidavit In Support of**<br>) **Motion for Enlargement**<br>) **of Time**<br>)<br>) |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

    BONNIE BURGER, being first duly sworn, deposes and states the following:

    1.   I am employed by Robinson & Associates as a paralegal and I have personal knowledge of the statements made herein.

    2.   Plaintiff's opposition to defendant Barlow's motion for partial summary judgment is due today, August 21, 2007.

Affidavit in Support of Motion for Enlargement of Time - Page 1 of 2
Mahoney v. Barlow, Case No. 3:06-cv-00070 (TMB)

3.  Arthur Robinson, counsel for the Plaintiff, has given me a draft copy of the opposition to prepare for filing. It will take me an additional day to prepare the draft and the exhibits in the proper format for electronic filing.

4.  I contacted Dana Burke's office inquiring of an additional day's extension and although Mr. Burke is out of the office, Staphanie Galbraith Moore has indicated that the defendant will not oppose Plaintiff's request for one additional day.

FURTHER AFFIANT SAYETH NAUGHT.

*Bonnie Burger*
BONNIE BURGER

SUBSCRIBED and SWORN TO before me this 21st day of August, 2007.

*Lynda F. Moore*
Notary Public in and for Alaska
My Commission Expires: 1-31-09

Affidavit in Support of Motion for Enlargement of Time - Page 2 of 2
Mahoney v. Barlow, Case No. 3:06-cv-00070 (TMB)