Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRYAN BARLOW, in his individual, )<br>Capacity, ANDY DEVEAUX, in his )<br>individual capacity and City of )<br>Homer. )<br>)<br>Defendants. ) | Case No. 3:06-cv-70 (TMB) |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

COMES NOW the Plaintiff, by and through counsel, Arthur S. Robinson, and hereby requests oral argument on defendant Barlow's Motion for Partial Summary Judgment. This request is made pursuant to LR 7.2.

DATED this 23rd day of August, 2007.

                        ROBINSON & ASSOCIATES

                   By:  s/ARTHUR S. ROBINSON (ABA#7405026)
                        Attorney for Plaintiff
                        35401 Kenai Spur Highway
                        Soldotna, AK 99669
                        Tel: (907) 262-9164
                        Fax: (907) 262-7034
                        Email: Office@robinsonandassociates.net

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 23nd day of August, 2007, a copy of the foregoing was electronically served on the following:

Gilman Dana S. Burke
Dana_Burke@law.state.ak.us

Frank S. Koziol
koziol@gci.net

s/Arthur S. Robinson