TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendant Bryan Barlow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANT BARLOW'S** |
| ) | **UNOPPOSED MOTION FOR** |
| BRYAN BARLOW, in his individual ) | **EXTENSION OF TIME TO FILE** |
| Capacity, ANDY DEVEAUX, in his ) | **REPLY** |
| individual capacity and City of ) | |
| Homer, ) | |
| ) | |
| Defendants. ) | Case No. 3:06-cv-0070 TMB |
| ) | |

Defendant Bryan Barlow, an Alaska State Trooper ("Sgt. Barlow"), through undersigned counsel, moves for an extension of time until September 17, 2007 to file his Reply to Plaintiff's Opposition to Motion for Partial Summary Judgment (Docket at 43), filed August 22, 2007. Sgt. Barlow's counsel calculates that the Reply is currently due September 3, 2007. Consequently Sgt. Barlow moves for a two week extension of time for filing his reply.

Sgt. Barlow requests an extension because his counsel needs additional

time to adequately and succinctly respond to the arguments raised in Plaintiff's 46 page Opposition. Additional time is also needed because the parties will be conducting numerous depositions over the next several days, making it impracticable for undersigned counsel to prepare his opposition unless an extension is granted. The parties are scheduled to conduct depositions in Homer on August 27 and 28, and in Anchorage and Fairbanks on August 30 and 31. The parties will then travel to south Florida for a deposition to take place on September 5. Given these commitments Sgt. Barlow needs additional time to prepare his reply.

      Sgt. Barlow's undersigned counsel certifies that he has contacted Plaintiff's counsel's office, and that Plaintiff's counsel, speaking through his support staff, has stated his non-opposition to Sgt. Barlow's request for an extension until September 17. The undersigned certifies that all information provided in this motion is true and accurate. A proposed order granting this motion is provided herewith.

Defendant Barlow's Unopposed Motion for Extension of Time to File Reply
*Mahoney v. Barlow et al*
Page 2 of 3

DATED this 24th day of August 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By:  /s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dana_Burke@alaska.gov
TWC_ECF@alaska.gov
Alaska Bar No. 9011085

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of
**Unopposed Motion for Extension of Time to File**
is being electronically filed and served by mail on:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke 8/24/07

Defendant Barlow's Unopposed Motion for Extension of Time to File Reply
*Mahoney v. Barlow et al*
Page 3 of 3