TALIS J. COLBERG
ATTORNEY GENERAL

Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Alaska Bar No. 8308081

Counsel for State of Alaska, Department
Of Health & Social Services, Office of
Children's Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:06-CV-00070 [TMB] |
| ) | |
| BRYAN BARLOW, in his ) | |
| individual capacity, ANDY ) | |
| DEVEAUX, in his individual ) | |
| Capacity and CITY OF HOMER, ) | |
| ) | |
| Defendant, ) | |
| _____) | **LIMITED ENTRY OF APPEARANCE** |

COMES NOW the Office of the Attorney General and enters its appearance as counsel to the State of Alaska, Department of Health and Social Services, Office of Children's Services, and request copies of all documents related to the disclosure of Office of Children's Services records filed in this matter be mailed or emailed to the following:

Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Jan.Rutherdale@alaska.gov


DATED: _____

    TALIS J. COLBERG
    ATTORNEY GENERAL


BY:   s/Jan A. Rutherdale
    Assistant Attorney General
    Office of the Attorney General
    P.O. Box 110300
    Juneau, Alaska 99811
    Phone: (907) 465-3600
    Fax:  (907) 465-2539
    Jan.Rutherdale@alaska.gov
    Alaska Bar No. 8308081