TALIS J. COLBERG
ATTORNEY GENERAL

Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Alaska Bar No. 8308081

Counsel for State of Alaska, Department
Of Health & Social Services, Office of
Children's Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, )<br>)<br>    Plaintiff, )<br>vs. )<br>)<br>BRYAN BARLOW, in his )<br>individual capacity, ANDY )<br>DEVEAUX, in his individual )<br>Capacity and CITY OF HOMER, )<br>)<br>    Defendant, )<br>_____ ) | Case No. 3:06-CV-00070 [TMB]<br><br><br><br><br><br><br><br>**MOTION TO INTERVENE FOR**<br>**LIMITED PURPOSE** |

The Department of Health and Social Services, pursuant to Federal R. Civ. P. 24(a) and through the Office of the Attorney General, moves to intervene for the limited purpose of asserting the Department's interest in maintaining the confidentiality

of privileged information concerning J.M. who was in the Department's custody. This motion is supported by the attached memorandum of law.

DATED: _____

        TALIS J. COLBERG
        ATTORNEY GENERAL

BY:   s/Jan A. Rutherdale
        Assistant Attorney General
        Office of the Attorney General
        P.O. Box 110300
        Juneau, Alaska 99811
        Phone: (907) 465-3600
        Fax:  (907) 465-2539
        Jan.Rutherdale@alaska.gov
        Alaska Bar No. 8308081

Motion to Intervene for Limited Purpose
*Mahoney v. Barlow, et. al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2