TALIS J. COLBERG
ATTORNEY GENERAL

Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Alaska Bar No. 8308081

Counsel for State of Alaska, Department
Of Health & Social Services, Office of
Children's Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,            )<br>                            )<br>       Plaintiff,          )<br>vs.                         )<br>                            )<br>BRYAN BARLOW, in his        )<br>individual capacity, ANDY   )<br>DEVEAUX, in his individual )<br>Capacity and CITY OF HOMER, )<br>                            )<br>       Defendant,          )<br>_____) | Case No. 3:06-CV-00070 [TMB]<br><br><br><br><br><br><br><br><br>**NOTICE OF FILING ERROR** |

COMES NOW the Office of the Attorney General and give notice that it failed to electronically attach the proposed Order Granting Motion to Intervene for Limited Purpose, which is attached to this notice.

DATED: _____

TALIS J. COLBERG
ATTORNEY GENERAL

|  |  |
|---|---|
| BY: | s/Jan A. Rutherdale<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 110300<br>Juneau, Alaska 99811<br>Phone: (907) 465-3600<br>Fax:  (907) 465-2539<br>Jan.Rutherdale@alaska.gov<br>Alaska Bar No. 8308081 |

Certificate of Service
*Mahoney v. Barlow, et. al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2