TALIS J. COLBERG
ATTORNEY GENERAL

Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Alaska Bar No. 8308081

Counsel for State of Alaska, Department
Of Health & Social Services, Office of
Children's Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:06-CV-00070 [TMB] |
| ) | |
| BRYAN BARLOW, in his ) | |
| individual capacity, ANDY ) | |
| DEVEAUX, in his individual ) | |
| Capacity and CITY OF HOMER, ) | |
| ) | |
| Defendant, ) | |
| ) | **MOTION FOR *IN CAMERA* REVIEW** |

The Department, through the Office of the Attorney General, moves This Court for an *in camera* review to determine the relevancy of the entire OCS files pertaining to J. M. The records are privileged pursuant to A.S. 47.10.093 and may not

be disclosed directly or indirectly to anyone absent a Court order. The Department does not object to the disclosure of relevant documents after *in camera* review.

DATED: _____

TALIS J. COLBERG
ATTORNEY GENERAL

BY: s/Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Fax: (907) 465-2539
Jan.Rutherdale@alaska.gov
Alaska Bar No. 8308081