TALIS J. COLBERG
ATTORNEY GENERAL

Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Alaska Bar No. 8308081

Counsel for State of Alaska, Department
Of Health & Social Services, Office of
Children's Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) </br> ) </br>       Plaintiff, ) </br> vs. ) </br> ) </br> BRYAN BARLOW, in his ) </br> individual capacity, ANDY ) </br> DEVEAUX, in his individual ) </br> Capacity and CITY OF HOMER, ) </br> ) </br>       Defendant, ) </br>                               ) | Case No. 3:06-CV-00070 [TMB] </br></br></br></br></br></br></br></br>**ORDER GRANTING MOTION FOR *IN CAMERA* REVIEW** |

       This Court, having reviewed the Department's Motion for *In Camera* Review and any opposition thereto, the Court enters the following findings and orders:

       1.    The files of J. M. are confidential pursuant to A.S. 47.10.05--47.10.142.

      2.    The Defendant has filed a motion to compel disclosure of relevant Office of Children's Services records.

      3.    The documents referenced above are privileged pursuant to A.S. 47.10.093 and cannot be disclosed without court order.

      4    An *in camera* review of Agency records pertaining to any records of J. M. to determine their relevancy in this proceeding and limit production to Defendant to relevant documents is appropriate in this instance.

WHEREFORE, the Department's Motion for In Camera Review is GRANTED.

The Department shall submit all documents to the Court within _____ days and the Court shall conduct an in camera review of the documents provided. Relevant documents shall be released to the Defendant.

DATED: _____

_____
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE