# EXHIBIT AA

## CD OF DISPATCH CALLS
## FOR 8/7/04

## TO BE SUBMITTED AFTER
## COURT RULES ON MOTION TO PERMIT
## SUBMISSION DATED 8/30/07

Exhibit __AA__
Page __1__ of
__1__ Pages