```
                                                                Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF ALASKA AT ANCHORAGE
 3
 4    DANIEL MAHONEY,
 5            Plaintiff,
 6    vs.
 7    BRYAN BARLOW, in his individual
      Capacity, ANDY DeVeaux, in his
 8    Individual capacity, and CITY
      OF HOMER.
 9
              Defendants.
10
11    Case No. 3:06-cv-70 (TMB)
12
13              DEPOSITION OF ANDY DEVEAUX
14                 Taken April 17, 2007
                 Commencing at 3:47 p.m.
15
16       Volume I - Pages 1 - 100, inclusive
17
18
19              Taken by the Plaintiff
                         at
20    The Office of Midnight Sun Court Reporters
            511 West 9th Avenue, Suite 1
21             Anchorage, Alaska 99501
22
23
24
25    Reporter:  Anna-Marie P. Shinn
```

Exhibit BB
Page 1 of 4 Pages

Case No. 3:06-cv-70 (TMB)                                Andy DeVeaux

Page 2

```
 1          APPEARANCES
 2  For Plaintiff:
 3       Arthur S. Robinson
         Robinson & Associates
 4       35401 Kenai Spur Highway
         Soldotna, Alaska 99669
 5       (907) 262-9164
 6  For Defendant: Bryan Barlow
 7       Gilman Dana S. Burke
         Office of the Attorney General
 8       1031 West Fourth Avenue, Suite 200
         Anchorage, Alaska 99501
 9       (907) 269-5190
10  For Defendant: Andy DeVeaux and City of Homer
11       Frank S. Koziol
         Attorney at Law
12       618 Christensen Drive
         Anchorage, AK 99501
13       (907) 258-7706
14  Also present: Daniel Mahoney
         Bryan Barlow
15
    Reporter:   Anna-Marie P. Shinn
16
17  BE IT KNOWN that the deposition of the above-named witness
18  was taken this date in the foregoing action before
19  Anna-Marie P. Shinn, Notary Public within and for the State
20  of Alaska.
21
22
23
24
25
```

Page 3

```
 1          PROCEEDINGS
 2          ANDY DEVEAUX,
 3  called as a witness herein, being first duly sworn to
 4  state the truth, the whole truth and nothing but the truth
 5  by the Notary, testified under oath as follows:
 6          EXAMINATION
 7  BY MR. ROBINSON:
 8  Q  Good afternoon --
 9  A  Good afternoon.
10  Q  -- Officer DeVeaux.
11         MR. KOZIOL: Let me just say before we begin,
12  my client and I promise you that we will do our best not to
13  interrupt any of your questions --
14         MR. ROBINSON: And I will do my best --
15         MR. KOZIOL: -- no matter how objectionable we
16  find it.
17         MR. ROBINSON: I will not -- I will do my best
18  not to interrupt his answers.
19         MR. KOZIOL: Thank you, great.
20  BY MR. ROBINSON:
21  Q  Mr. -- Officer DeVeaux, have you ever had your
22  deposition taken before?
23  A  No.
24  Q  Okay. So you understand that, as you sat here and
25  saw, this is an informal gathering of witnesses and parties
```

Page 4

```
 1  to talk about relevant facts of the case?
 2  A  Yes.
 3  Q  And you're under oath --
 4  A  Yes.
 5  Q  -- like if you were testifying in court --
 6  A  Yes.
 7  Q  -- before a judge or a jury. Do you understand that?
 8  A  Yes, I do.
 9  Q  If I ask you a question that you don't understand, let
10  me know and I'll try to rephrase it so you can understand
11  it. Okay? But if you answer it, I'm going to assume that
12  you understood what I asked you.
13  A  I understand.
14  Q  Okay. Before you came here today for your deposition,
15  did you review any documents at all?
16  A  Not recently.
17  Q  When was the last time you did that?
18  A  I would have to say possibly about a week ago.
19  Q  Okay. Do you have any questions of me before we get
20  started?
21  A  No.
22  Q  Mr. DeVeaux, you were given some interrogatories to
23  answer, weren't you, in this case?
24  A  I was.
25         MR. ROBINSON: Can I have this marked as
```

Page 5

```
 1  Exhibit 3? No -- well, actually, we're starting a new
 2  deposition. Do you want to keep the numbers?
 3         MR. BURKE: Whatever you want.
 4         MR. ROBINSON: It's easier to keep the numbers
 5  the same.
 6         MR. KOZIOL: Particularly if you're going to
 7  use some of the other exhibits in this case.
 8         MR. ROBINSON: Yeah. We'll mark this Exhibit
 9  3 in Mr. DeVeaux's deposition.
10         (Exhibit 3 was marked.)
11         MR. BURKE: You've got DeVeaux's discovery
12  responses, right?
13         MR. ROBINSON: He actually did two, and I'm
14  going to concentrate on one right now, but there's two
15  separate ones. There was this one (indicating) and then
16  this one (indicating). So am I right, Frank, there were
17  two?
18         MR. KOZIOL: I'd have to look.
19         MR. ROBINSON: I have this one, which is just
20  three pages, which was admissions that --
21         MR. KOZIOL: Yeah, what we generally do is --
22         MR. ROBINSON: You broke them out, right?
23         MR. KOZIOL: -- separate them out. We
24  generally separate them out, that's right.
25         MR. ROBINSON: So I'm just talking to him
```

Page 54

1  MR. ROBINSON: Yes, he does right there.
2  MR. KOZIOL: "Put the dog down."
3  MR. ROBINSON: Oh, put the dog down. All
4  right, put the dog down.
5  MR. KOZIOL: So we don't know what you're
6  talking about. Okay?
7  MR. ROBINSON: Put -- we're talking about the
8  puppy that he was holing, right?
9  MR. KOZIOL: No, we don't know what phrase
10 you're talking about --
11 MR. ROBINSON: Did you see him holding --
12 MR. KOZIOL: (Indiscernible.)
13 MR. ROBINSON: -- anything other than a puppy?
14 THE WITNESS: No.
15 BY MR. ROBINSON:
16 Q  So if you heard the Trooper say "Put the puppy down"
17 was he referring -- "Put the dog down," was he referring to
18 the puppy?
19 A  Yes.
20 Q  All right. Can I now proceed?
21 MR. KOZIOL: As long as you clarify, Chuck.
22 MR. ROBINSON: Can I proceed, Mr. Koziol?
23 MR. KOZIOL: As long as I make my objections.
24 MR. ROBINSON: Sure, you've made your
25 objection.

Page 55

1  MR. KOZIOL: Thank you.
2  BY MR. ROBINSON:
3  Q  All right. (Indiscernible) you're allowed to speak to
4  your objection. You've made your objection.
5  So let's go through every time that he says
6  something to the effect "put the dog down," referring to
7  the puppy, okay?
8  A  Okay.
9  Q  On page 2, how far away were you from Mr. Mahoney and
10 the puppy he was holding when Trooper Barlow says "Why
11 don't you put the dog down"?
12 A  Approximately six to five feet.
13 Q  Close proximity?
14 A  Close proximity.
15 Q  You could hear that?
16 A  Yes.
17 Q  Did you hear him say that?
18 A  Trooper Barlow?
19 Q  Right.
20 A  Yes.
21 Q  All right. Then on page 4, he again says "Put the dog
22 down," referring to the puppy, right?
23 A  Yes.
24 Q  All right. How far away were you from Mr. Mahoney and
25 the dog at that time?

Page 56

1  A  I believe I was arm's length away.
2  Q  Closer?
3  A  Closer.
4  Q  So you could clearly hear Trooper Barlow say that?
5  A  Yes.
6  Q  And you were close enough to see what would have
7  happened to the puppy if it was put down?
8  A  No.
9  Q  You weren't close enough to see that?
10 A  Well, I was close enough, but Shellie was in the way.
11 Q  She was blocking your view?
12 A  She was blocking my view, yes.
13 Q  Okay. And was she blocking your view when Trooper
14 Barlow says on page 4, "I'm not going to ask you again"?
15 A  I would think so, yes.
16 Q  Okay. Now, when Mr. Mahoney says "Don't. No, don't.
17 Get your fucking hands off me," were your hands on him?
18 A  Yes.
19 Q  Where were they?
20 A  On his right wrist and -- or, yes, right wrist and
21 forearm.
22 Q  Right wrist and forearm. Okay. And how far away were
23 you from Mr. Mahoney at that point?
24 A  Like I said, arm's length. I was in physical contact
25 with him.

Page 57

1  Q  So you were closer than arm's length? I mean, you
2  were right up on him. You had your hands on him, right?
3  A  Yes.
4  Q  Where was the puppy when you put your hands on him?
5  A  He was still holding onto it.
6  Q  He was still holding onto the puppy when you first put
7  your hands --
8  A  Put my hands onto him.
9  Q  And did you see Trooper Barlow put his hand on him
10 too, on Mr. Mahoney?
11 A  Yes.
12 Q  And he was still holding the puppy at that point?
13 A  He was still holding the dog, yes.
14 Q  And then Shellie says, "No, Dad." Or "Dad, don't,
15 don't." Was he still holding the puppy at that point?
16 A  I'm not sure. Like I said, Shellie was in the way.
17 Q  Well, now you're in a different position than before
18 because now you're actually holding on -- you got your
19 hands on Mr. Mahoney. Where was Shellie when you put your
20 hands on him?
21 A  I believe I already told you that when we went in --
22 this is all very quickly occurring.
23 Q  I understand. My question --
24 MR. KOZIOL: Wait, let him finish.
25 THE WITNESS: As soon as we put our hands on

Exhibit BB
Page 3 of 4 Pages

Case No. 3:06-cv-70 (TMB)                                                                                             Andy DeVeaux

### Page 58

1   Mr. Mahoney, he was still holding the dog, and Shellie
2   immediately moved in and tried to stop us from doing that
3   and stood in front of him blocking my view.
4   BY MR. ROBINSON:
5   Q   Oh, so it wasn't until you put your hands on him that
6   she blocked your view?
7   A   Right.
8   Q   Is that what you're saying?
9   A   Yes.
10  Q   All right. Well, then let's go back then, before you
11  put your hands on him, when she wasn't blocking your view,
12  When he says, "I'm not going to ask you again," where was
13  -- you said the puppy was still in his -- where was the
14  puppy then?
15  A   As I stated, that's about the time that Shellie was in
16  the way, as I stated the previous two times.
17  Q   Well, I guess I didn't understand that, because you
18  said she moved in the way after you put your hands on him.
19  A   Correct.
20  Q   You hadn't put -- wait a minute. You hadn't put your
21  hands on him at the time that Trooper Barlow says "I'm not
22  going ask you again," had you?
23  A   Yes, we had.
24  Q   Oh, you had already put your hands on him?
25  A   As I stated already, yes.

### Page 59

1   Q   When did you put your hands on him?
2   A   At about the time he says "You're being detained" --
3   or "You're detained."
4   Q   Oh, okay. So about -- immediately after you heard
5   Trooper Barlow tell Mr. Mahoney you're being detained is
6   when you put your hands on him?
7   A   Yeah, I was following Trooper Barlow's lead.
8   Q   And Mr. Barlow -- Trooper Barlow put his hands on him
9   too?
10  A   Yes.
11  Q   And he was still holding the puppy?
12  A   Yes.
13  Q   And when he says "Don't" -- he says, "No, don't. Get
14  your fucking hands off me," you and Trooper Barlow still
15  had your hands on him?
16  A   Yes.
17  Q   And what were you trying to do with your hands on him?
18  A   I was trying to move his right arm around to his back
19  to place handcuffs on him.
20  Q   Which arm was he holding the puppy in?
21  A   His left.
22  Q   He was holding the puppy in his left hand and you were
23  trying to move -- so if has -- you had your hands on his
24  right arm?
25  A   Yes.

### Page 60

1   Q   The wrist on his right arm? And where did Trooper
2   Barlow have --
3   A   I don't know exactly where he had his hands.
4   Q   On his right arm?
5   A   Again, at that point when he initially moved in to
6   take physical custody of Mr. Mahoney, I moved -- I also
7   followed in. At that point Shellie stood in the way and I
8   could not see the left side of Mr. Mahoney's body.
9   Q   Let me see if I understand you correctly. You heard
10  Trooper Barlow say to Mr. Mahoney "Right now you're
11  detained"?
12  A   Yes.
13  Q   And immediately you put your hands on his right arm?
14  A   As Trooper Barlow was saying that, Trooper Barlow was
15  placing his hands -- grabbing ahold of Mr. Mahoney, placing
16  his hands on Mr. Mahoney.
17  Q   Where?
18  A   On his left arm.
19  Q   On his left arm?
20  A   Yes.
21  Q   Where he was holding the puppy?
22  A   Yes.
23  Q   All right. And you grabbed the right arm?
24  A   Yes.
25  Q   Okay. And when he says -- when Trooper Barlow says,

### Page 61

1   "I'm not going to ask you again," you still had ahold of
2   his left arm, Trooper Barlow?
3   A   Again, Shellie was in the way. I did not have -- I
4   can't see. I assume he did, but I did not see that because
5   as I stated, at that point when we moved in like that,
6   Shellie immediately moved in and I don't know what Trooper
7   Barlow was doing.
8   Q   How was she in the way if you were on his right side
9   and Trooper Barlow was on his left side? You have his left
10  arm, he has -- you have his right arm, he has his arm --
11  A   Because she was --
12  Q   Where was she standing to be in the way?
13  A   As I told you, she was chest to chest up to him.
14  Q   So she was standing in front of her father, chest to
15  chest?
16  A   Yes.
17  Q   And you couldn't see what Trooper Barlow was doing?
18  A   Yeah -- no, I could not.
19  Q   Okay. Did you overhear Mr. Mahoney say "Do you have a
20  warrant" at the point where Trooper Barlow says "Put the
21  dog down"?
22  A   I believe I did.
23  Q   All right. Do you know what kind of warrant he was
24  referring to?
25  A   No.