Agency No. 04-62024

**IN THE DISTRICT COURT FOR THE STATE OF ALASKA,
THIRD JUDICIAL DISTRICT AT HOMER**

| | |
|---|---|
| **STATE OF ALASKA,**<br>Plaintiff<br>vs.<br>Daniel J. Mahoney<br>Defendant<br>ID: 0405026   DOB: 1-6-1959<br>ATN: 109043424 | **MISDEMEANOR COMPLAINT**<br>CASE NO. 3 HO-04-902 CR<br>**ASSAULT IN THE FOURTH DEGREE**<br>*AS. 11.41.230(a)*<br>CT I |

**VRA CERTIFICATION**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

**DOMESTIC VIOLENCE OFFENSE Per AS 18.66.990 (3) and (5)**   Yes X   No ___

THE COMPLAINANT STATES that on or about the 7th day of August, 2004, at or near Homer, in the Third Judicial District, State of Alaska, the above-named Defendant did unlawfully commit the offense of Assault in the Fourth Degree, when he/she;

( )   recklessly caused physical injury to another person;

   *AS 11.41.230(a)(1)

( )   with criminal negligence caused physical injury to another person by means of a dangerous instrument;

   *AS 11.41.230(a)(2)

(X)   recklessly placed another person in fear of imminent physical injury by words or other conduct.

   *AS 11.41.230(a)(3)

Victim's Name: Melodie Mahoney, DOB 2-23-59

of which is a Class A Misdemeanor being contrary to and in violation of AS 11.41.230(a) and against the peace and dignity of the State of Alaska.

_____
Signature of Complainant

SUBSCRIBED AND SWORN TO before me this 8th day of August, 2004.

Brandi J. Flint
Notary Public for Alaska   My Commission Expires: MARCH 05, 2008

MAHONEY 141

Exhibit CC
Page 1 of 1 Pages