FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,<br><br>               Plaintiff,<br><br>        vs.<br><br>BRYAN BARLOW, in his<br>individual capacity, ANDY<br>DEVEAUX, in his individual<br>capacity and CITY OF HOMER,<br><br>               Defendants. | )<br>)<br>)<br>)  Case No. 3:06-CV-00070 [TMB]<br>)<br>)<br>)<br>)<br>)  PROPOSED<br>)  ORDER GRANTING<br>)  DEFENDANT ANDY DEVEAUX'S<br>)  MOTION FOR PARTIAL SUMMARY<br>)  <u>JUDGMENT</u><br>) |

      This Court, having considered Defendant Andy DeVeaux's

Motion for Partial Summary Judgment, and any opposition thereto,

and good cause appearing for the granting of said motion,

      IT IS HEREBY ORDERED as follows:

      1.    Based on qualified immunity, Defendant DeVeaux is

immune from all claims asserted by Plaintiff pertaining to

Defendant DeVeaux's actions up to and including the point of the

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

decision to detain and handcuff Plaintiff;

      2.    Plaintiff's resistance to Defendant DeVeaux's lawful detention and handcuffing efforts was illegal under Alaska law, and exceeded Plaintiff's rights under the Constitution;

      3.    The only remaining triable liability issue is whether Defendant DeVeaux (and Defendant Barlow) used alleged excessive force proximately causing injury to Plaintiff when they responded to Plaintiff's unlawful resistance, or whether Plaintiff's alleged injuries were legally caused by unlawful resistance.

      DATED this _____ of _____, 2007.


_____
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was
served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 8/30/07

Proposed Order Granting Defendant Andy Deveaux's Motion For Partial Summary
Judgment
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707