FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,                         )<br>                                         )<br>            Plaintiff,                  )<br>                                         ) Case No. 3:06-CV-00070 [TMB]<br>      vs.                                )<br>                                         )<br> BRYAN BARLOW, in his                    )<br> individual capacity, ANDY               ) DEFENDANT ANDY DEVEAUX'S<br> DEVEAUX, in his individual              ) UNOPPOSED MOTION TO PERMIT<br> capacity and CITY OF HOMER,             ) SUBMISSION OF AUDIO CD AS<br>                                         ) EXHIBIT AA TO HIS MOTION<br>            Defendants.                  ) <u>FOR PARTIAL SUMMARY JUDGMENT</u><br> _____) | |

     COMES NOW Defendant ANDY DEVEAUX (Defendant), by and his attorney, FRANK S. KOZIOL, and, pursuant to D. Ak. LR 7.1, hereby moves this Court for an order permitting him to submit an audio CD as Exhibit AA to his Motion for Partial Summary Judgment.

     The undersigned's staff has spoken with Gilman Dana Burke and Arthur S. Robinson and they do not oppose the motion.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258 7707

This motion is based upon the accompanying memorandum of law. A proposed order accompanies the motion.

DATED: 8/30/2007

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant Andy DeVeaux

By: /s Frank S. Koziol
Law Office of Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone: 907-258-7706
Fax: 907-258-7707
Email: koziol@gci.net
ritagutierrez.koziol@gci.net
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 8/30/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant Andy DeVeaux's Unopposed Motion to Permit Submission of Audio CD as Exhibit AA to his Motion for Partial Summary Judgment
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2