FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,<br><br>        Plaintiff,<br><br>vs.<br><br>BRYAN BARLOW, in his individual capacity, ANDY DEVEAUX, in his individual capacity and CITY OF HOMER,<br><br>        Defendants. | Case No. 3:06-CV-00070 [TMB]<br><br>PROPOSED ORDER GRANTING DEFENDANT ANDY DEVEAUX'S UNOPPOSED MOTION TO PERMIT SUBMISSION OF AUDIO CD AS EXHIBIT AA TO HIS MOTION <u>FOR PARTIAL SUMMARY JUDGMENT</u> |

    This Court, having considered Defendant Andy DeVeaux's Unopposed Motion to Permit Submission of Audio CD as Exhibit AA to his Motion for Partial Summary Judgment, and there being no opposition thereto, and good cause appearing for the granting of said motion,

    IT IS HEREBY ORDERED that Defendant Andy DeVeaux's Unopposed Motion to Permit Submission of Audio CD as Exhibit AA

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

to his Motion for Partial Summary Judgment is granted. Defendant DeVeaux shall submit a notice of submission of Exhibit AA.

DATED this ____ of _____, 2007.

_____
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 8/30/07
FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Granting Defendant Andy Deveaux's Unopposed Motion to Permit Submission of Audio CD as Exhibit AA to his Motion for Partial Summary Judgment
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2