FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRYAN BARLOW, in his )<br>individual capacity, ANDY )<br>DEVEAUX, in his individual )<br>capacity and CITY OF HOMER, )<br>)<br>Defendants. )<br>_____) | Case No. 3:06-CV-00070 [TMB]<br><br>MEMORANDUM IN SUPPORT OF<br>DEFENDANT ANDY DEVEAUX'S<br>UNOPPOSED MOTION TO PERMIT<br>SUBMISSION OF AUDIO CD AS<br>EXHIBIT AA TO HIS MOTION FOR<br><u>PARTIAL SUMMARY JUDGMENT</u> |

Defendant Andy DeVeaux has filed a Motion for Partial Summary Judgment. Defendant DeVeaux seeks permission to submit to the Court an audio CD of the calls placed to dispatch on August 7, 2004 to support facts set forth in his motion. Defendant DeVeaux would like the Court to hear the emotional nature of the calls placed to police dispatch on August 7, 2004.

D.Ak. LR 10.1(c)(3)[B] requires that the exhibit be

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

"accessible and readable." If Defendant DeVeaux is permitted to submit the audio CD, then the exhibit will be "accessible" to the Court. Also, Defendant Barlow has attached to his Motion for Partial Summary Judgment transcripts of four of the seven transcripts made from the CD[1]. Therefore, the exhibit is also "readable."

It is for these reasons that Defendant DeVeaux requests that he be permitted to submit the audio CD in support of his Motion for Partial Summary Judgment.

DATED: 8/30/2007

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant Andy
 DeVeaux


By: /s Frank S. Koziol
Law Office of Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone: 907-258-7706
Fax: 907-258-7707
Email: koziol@gci.net
ritagutierrez.koziol@gci.net
ABA No. 7210054

---

[1] If the Court requires the submission of the additional "readable" transcripts, Defendant DeVeaux will provide them.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendant Andy Deveaux's Non-Opposed Motion to Permit Submission of Audio CD as Exhibit AA to his Motion for Partial Summary Judgment
Mahoney v. Barlow, et al., Case No. 3:06-CV-00070 [TMB]
Page 2 of 3

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 8/30/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendant Andy Deveaux's Non-Opposed Motion to Permit Submission of Audio CD as Exhibit AA to his Motion for Partial Summary Judgment
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 3 of 3