TALIS J. COLBERG
ATTORNEY GENERAL

Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Alaska Bar No. 8308081

Counsel for State of Alaska, Department
Of Health & Social Services, Office of
Children's Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> BRYAN BARLOW, in his ) <br> individual capacity, ANDY ) <br> DEVEAUX, in his individual ) <br> Capacity and CITY OF HOMER, ) <br> ) <br> Defendant, ) <br> ) | Case No. 3:06-CV-00070 [TMB] <br><br><br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on August 23, 2007, correct copies of the **LIMITED ENTRY OF APPEARANCE, MOTION TO INTERVENE FOR LIMITED PURPOSE, MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE FOR LIMITED PURPOSE, ORDER GRANTING MOTION TO INTERVENE FOR LIMITED PURPOSE, MOTION FOR *IN CAMERA* REVIEW and ORDER**

**GRANTING MOTION FOR *IN CAMERA* REVIEW** in this proceeding were served electronically on:

Arthur S. Robinson, Esq.

G. Dana S. Burke

Frank S. Koziol, Esq.

s/Jan A. Rutherdale