FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
ANDY DEVEAUX and CITY OF HOMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,<br><br>    Plaintiff,<br><br>vs.<br><br>BRYAN BARLOW, in his individual capacity, ANDY DEVEAUX, in his individual capacity and CITY OF HOMER,<br><br>    Defendants. | Case No. 3:06-CV-00070 [TMB]<br><br>PROPOSED<br>ORDER REGARDING<br>STATE OF ALASKA'S<br><u>MOTION FOR IN CAMERA REVIEW</u> |

      This Court, having reviewed State of Alaska's Motion for In Camera Review, and Defendants Andy DeVeaux's and City of Homer's response thereto, and good cause appearing for the production of the OCS records,

      IT IS HEREBY ORDERED that the State of Alaska produce all OCS records relating to OCS's assumption of custody of J.M.
FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

IT IS FURTHER ORDERED as follows:

1. The Office of Children's Services shall provide access to counsel for all parties the unredacted Office of Children's Services files regarding J.M., including but not limited to the child neglect case. To the extent that any party requests copies of any documents located within these files, the State of Alaska Department of Law shall copy the requested documents and the requesting party shall reimburse this copying expense at the rate of fifteen cents per page.

2. There will be the following exceptions to production, which will be reflected in a privilege log produced by the State of Alaska to the other parties in this action:

(a) Documents which are confidential as attorney work product or contain privileged attorney-client communications;

(b) Transcripts of depositions, trial and other proceedings to the extent that these transcripts have been prepared by a certified court reporter whose work product is reflected in the preparation of same. This order does constitute authority, however, for a party to have the court reporters involved prepare copies of relevant transcripts.

3. Any dispute as to discoverability of documents identified on the State's privilege log shall be resolved by the Court prior to production in this action.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Regarding State of Alaska's Motion for In Camera Review
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 5

4. These records shall not be placed in the public record without the respective party first obtaining permission from this Court.

5. In order to protect the confidentiality of the information and documents contained in these files the parties, through counsel, stipulate that the records and information shall be used by counsel and the parties only for the purpose of prosecuting or defending claims in this case, shall be disclosed by counsel only to their staff, consultants and/or experts who agree to abide by this stipulation, and shall be copied only when absolutely necessary by counsel and their staff, consultants, and experts who agree to abide by this stipulation.

6. Control and distribution of all copies shall be the responsibility of each party's counsel in the case.

7. In the event it is necessary for a party to copy a document, this copying will be performed by the party's counsel's own staff and not sent out to a non-party duplication service.

8. Nothing in this stipulation shall preclude the disclosure of any of the information and/or documents to any witness during any deposition in this case, provided that:

(a) the information and/or documents are disclosed only as described above, and to the court reporter,

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Regarding State of Alaska's Motion for In Camera Review
Mahoney v. Barlow, et al., Case No. 3:06-CV-00070 [TMB]
Page 3 of 5

and the witness attending the deposition;

(b) the court reporter and witness are instructed that they are bound by this stipulation and order of the Court, which shall be attached as an exhibit to the deposition, and

(c) the deposition and any exhibits which contain confidential information or documents are to be treated as confidential under this stipulation and order.

9. No access to the information and documents subject to this order shall be given to unrepresented parties absent their direct request and further order of the Court. The represented parties agree to cooperate to the extent that any unrepresented party seeks to request such disclosure from the Court.

DATED this ____ of _____, 2007.

_____
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Regarding State of Alaska's Motion for In Camera Review
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 4 of 5

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

and by U. S. Mail upon:

Carla M. Raymond, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 09/10/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Regarding State of Alaska's Motion for In Camera Review
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 5 of 5