FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
ANDY DEVEAUX and CITY OF HOMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,           )<br>                            )<br>         Plaintiff,        )<br>                            )   Case No. 3:06-CV-00070 [TMB]<br>    vs.                     )<br>                            )<br> BRYAN BARLOW, in his       )<br> individual capacity, ANDY  )<br> DEVEAUX, in his individual )<br> capacity and CITY OF HOMER,)   AFFIDAVIT OF FRANK S. KOZIOL<br>                            )<br>         Defendants.        )<br>_____)| |

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

    I, FRANK S. KOZIOL, being first duly sworn upon his oath, makes the following statements based on personal knowledge, except as otherwise stated:

    1.   I have been retained to represent the interests

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

of Defendants Andy DeVeaux and City of Homer in the above-captioned cause of action.

2. Defendants do not believe that Plaintiff, the father of J.M., has any objection to the disclosure of the documents to the Defendants.

3. No such objection has ever been communicated.

4. FURTHERMORE, your affiant sayeth naught.

_____
FRANK S. KOZIOL

SUBSCRIBED AND SWORN TO before me this 10TH day of September, 2007.



_____
Notary Public in and for Alaska
My Commission expires: 09/06/09

FRANK S. KOZIOL
ATTORNEY AT LAW
518 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 3

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

and by U. S. Mail upon:

Carla M. Raymond, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 09/10/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 3 of 3