FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
ANDY DEVEAUX and CITY OF HOMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,<br><br>    Plaintiff,<br><br>vs.<br><br>BRYAN BARLOW, in his individual capacity, ANDY DEVEAUX, in his individual capacity and CITY OF HOMER,<br><br>    Defendants. | Case No. 3:06-CV-00070 [TMB]<br><br>NON-OPPOSITION TO STATE OF ALASKA'S <u>MOTION TO INTERVENE</u> |

COME NOW Defendants ANDY DEVEAUX and CITY OF HOMER (Defendants), by and through their attorney, FRANK S. KOZIOL, and hereby submit their non-opposition to State of Alaska's Motion to Intervene for Limited Purposes dated August 24, 2007.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED: 09/10/2007              LAW OFFICE OF FRANK S. KOZIOL
                               Attorney for Defendants Andy
                                DeVeaux and City of Homer


                               By: /s Frank S. Koziol
                                   Law Office of Frank S. Koziol
                                   618 Christensen Drive
                                   Anchorage, Alaska 99501
                                   Phone: 907-258-7706
                                   Fax: 907-258-7707
                                   Email: koziol@gci.net
                                   ritagutierrez.koziol@gci.net
                                   ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

and by U. S. Mail upon:

Carla M. Raymond, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 09/10/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Non-Opposition to State of Alaska's Motion to Intervene For Limited Purpose
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2