Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) <br> ) <br>     Plaintiff,    ) <br> ) <br> vs. ) <br> ) <br> BRYAN BARLOW, in his individual, ) <br> Capacity, ANDY DEVEAUX, in his ) <br> individual capacity and City of ) <br> Homer. ) <br> ) <br>     Defendants.    ) | Case No. 3:06-cv-70 (TMB) <br><br> **NON-OPPOSED MOTION FOR** <br> **ENLARGEMENT OF TIME TO FILE** <br> **OPPOSITION TO DEVEAUX'S** <br> **MOTION FOR PARTIAL SUMMARY** <br> **JUDGMENT** |

    COMES NOW the plaintiff, by and through counsel, Arthur S. Robinson, and respectfully requests an extension until October 12, 2007 within which to file Plaintiff's opposition to defendant Andy Deveaux's motion for partial summary judgment (Document 52) filed on August 30, 2007.  Plaintiff's opposition is presently due on September 17, 2007.

    Defendant's counsel Frank Koziol was contacted on September 11, 2007 to request an extension until October 12, 2007 and Mr. Koziol has no opposition to such extension.

This motion is further supported by the accompanying affidavit.

DATED this 11th day of September, 2007.

                    ROBINSON & ASSOCIATES

By:  s/ARTHUR S. ROBINSON
     Attorney for Plaintiff
     35401 Kenai Spur Highway
     Soldotna, AK 99669
     Tel: (907) 262-9164
     Fax: (907) 262-7034
     Email: Office@robinsonandassociates.net
     ABA 7405026

**Certificate of Service**
I HEREBY CERTIFY that on September 11, 2007, a copy of the foregoing Nonopposed Motion for Enlargement of Time was served electronically on the following:

Gilman Dana S. Burke  Dana_Burke@law.state.ak.us
Frank S. Koziol   koziol@gci.net
Dept. H&SS, OCS   Jan.Rutherford@Alaska.gov

By: s/Arthur S. Robinson