Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY )<br>)<br>Plaintiff, )<br>) Case No. 3:06-cv-70 (TMB)<br>vs. )<br>)<br>BRYAN BARLOW, in his individual, )<br>Capacity, ANDY DEVEAUX, in his ) **Affidavit In Support of**<br>individual capacity and City of ) **Motion for Enlargement**<br>Homer. ) **of Time**<br>)<br>Defendants. ) | |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

ARTHUR S. ROBINSON, being first duly sworn, deposes and states the following:

1. I am Plaintiff's Attorney in the captioned matter and I have personal knowledge of the statements made herein.

2. Plaintiff's opposition to defendant Deveaux's motion for partial summary judgment is due September 17, 2007.

Affidavit in Support of Motion for Enlargement of Time - Page 1 of 2
Mahoney v. Barlow, Case No. 3:06-cv-00070 (TMB)

3.  That I will require additional time within which to file opposition to defendant Deveaux's partial summary judgment due to general time constraints created by absence from my office for almost two weeks. Additionally on September 11, 2007, I ordered transcript of depositions in this case taken by defendant Deveaux in Fairbanks on August 31, 2007 that according to the court reporter will not be available until approximately September 20 and which plaintiff will need in support of his opposition.

4.  Therefore, I have contacted Frank S. Koziol to discuss the matter of the extension and we agreed that he would not oppose the opposition extended until October 12, 2007.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ARTHUR S. ROBINSON

SUBSCRIBED and SWORN TO before me this 11th day of September, 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 1-3-09