TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendant Bryan Barlow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,  )<br>  )<br>   Plaintiff, )<br>  )<br> v.     )<br>  )<br>BRYAN BARLOW, in his individual )<br>Capacity, ANDY DEVEAUX, in his )<br>individual capacity and City of )<br>Homer,    )<br>  )<br>   Defendants. ) | **DEFENDANT BARLOW'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE REPLY**<br><br>Case No. 3:06-cv-0070 TMB |

Defendant Bryan Barlow ("Sgt. Barlow"), through undersigned counsel, moves for an extension of time until September 24, 2007 to file his Reply to Plaintiff's Opposition to Motion for Partial Summary Judgment (Docket at 43), filed August 22, 2007. Sgt. Barlow's Reply is currently due September 17, 2007. Consequently Sgt. Barlow moves for a one week extension of time for filing his Reply. This is Sgt. Barlow's second unopposed request for an extension.

Sgt. Barlow requests an extension because his counsel needs additional

time to adequately and succinctly respond to the arguments raised in Plaintiff's 46 page Opposition. Additional time is also needed because after recently completing the several depositions conducted in this case in Homer, Fairbanks, Anchorage, and the State of Florida, the undersigned is now immersed in multiple depositions in two other cases. Given these commitments Sgt. Barlow needs additional time to prepare his Reply.

Sgt. Barlow's undersigned counsel certifies that he has contacted Plaintiff's counsel, and that Plaintiff's counsel has graciously stated his non-opposition to Sgt. Barlow's request for an extension until September 24. The undersigned certifies that all information provided in this motion is true and accurate. A proposed order granting this motion is provided herewith.

DATED this 12th day of September, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By:  /s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:   (907) 258-0760
Dana_Burke@alaska.gov
TWC_ECF@alaska.gov
Alaska Bar No. 9011085

Defendant Barlow's Unopposed Motion for Second Extension of Time to File Reply
*Mahoney v. Barlow et al*
Page 2 of 3

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of
**Unopposed Motion for Second Extension of Time to File Reply**
is being electronically filed and served by mail on:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke 9/12/07

Defendant Barlow's Unopposed Motion for Second Extension of Time to File Reply
*Mahoney v. Barlow et al*
Page 3 of 3