TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendant Bryan Barlow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRYAN BARLOW, in his individual ) <br> Capacity, ANDY DEVEAUX, in his ) <br> individual capacity and City of ) <br> Homer, ) <br> ) <br> Defendant's. ) <br> ) | **[PROPOSED] ORDER GRANTING SGT. BARLOW'S MOTION FOR SECOND EXTENSION OF TIME TO FILE REPLY** <br><br> Case No. 3:06-cv-0070 TMB |

The Court, having reviewed Defendant Sgt. Barlow's Unopposed Motion for Second Extension of Time to File Reply to Plaintiff's Opposition to Motion for Partial Summary Judgment, and having satisfied itself that Sgt. Barlow has a valid basis for the extension, hereby orders that Sgt. Barlow's Unopposed Motion for Extension is GRANTED. Accordingly, the deadline for the filing of Sgt. Barlow's Reply to Opposition to Motion for Partial Summary Judgment is extended to September 24, 2007.

      IT IS SO ORDERED this ___ day of September, 2007 at Anchorage, Alaska.

_____
Judge Burgess, U.S. District Court Judge

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of
**Order Granting Second Extension to File Reply**
is being electronically filed and served by mail on:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke 9/12/07

Order Granting Second Extension to File Reply
*Mahoney v. Barlow et al*
Page 2 of 2