Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, <br><br> Plaintiff, <br><br> vs. <br><br> BRYAN BARLOW, in his individual, Capacity, ANDY DEVEAUX, in his individual capacity and City of Homer. <br><br> Defendants. | Case No. 3:06-cv-70 (TMB) <br><br> **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO CITY OF HOMER MOTION FOR SUMMARY JUDGMENT** |

COMES NOW the plaintiff, by and through counsel, Arthur S. Robinson, and respectfully requests an extension until October 12, 2007, within which to file Plaintiff's opposition to defendant City of Homer's *Motion for Summary Judgment* (Document 66). Plaintiff's opposition is presently due on October 1, 2007.

Defendant's counsel Frank Koziol was contacted on September 26, 2007 to request an extension until October 12, 2007 and Mr. Koziol has no opposition to the extension.

This motion is supported by the accompanying Affidavit of Counsel.

DATED this 28th day of September, 2007.

         ROBINSON & ASSOCIATES

    By: s/ARTHUR S. ROBINSON
      Attorney for Plaintiff
      35401 Kenai Spur Highway
      Soldotna, AK 99669
      Tel: (907) 262-9164
      Fax: (907) 262-7034
      Email: Office@robinsonandassociates.net
      ABA 7405026

**Certificate of Service**
I HEREBY CERTIFY that on September 28, 2007, a copy of the foregoing Unopposed Motion for Enlargement of Time was served electronically on the following:

Gilman Dana S. Burke Dana_Burke@law.state.ak.us
Frank S. Koziol koziol@gci.net
Dept. H&SS, OCS Jan.Rutherford@Alaska.gov

By: s/Arthur S. Robinson