Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, )<br><br>  Plaintiff, )<br>vs. )<br> )<br>BRYAN BARLOW, in his individual, )<br>Capacity, ANDY DEVEAUX, in his )<br>individual capacity and City of )<br>Homer. )<br> )<br>  Defendants. ) | Case No. 3:06-cv-70 (TMB)<br><br>**AFFIDAVIT IN SUPPORT OF UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO CITY OF HOMER MOTION FOR SUMMARY JUDGMENT** |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

ARTHUR S. ROBINSON, being first duly sworn, deposes and states the following:

1.  I am Plaintiffs' Attorney in the captioned matter and I have personal knowledge of the statements made herein.

2.  Plaintiffs' response to defendant City of Homer's motion for summary judgment (Docket #66) is due October 1, 2007.

3. I spoke with attorney Frank Koziol on September 26, 2007, and Mr. Koziol has indicated to me that he will not oppose Plaintiff's extension to October 12, 2007, to reply to the City's Motion for Summary Judgment.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ARTHUR S. ROBINSON

SUBSCRIBED and SWORN TO before me this 27th day of September, 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 1-31-09

[Notary Seal: LYNDA F. MOORE, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires: 1-31-09]