Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) <br> ) <br> Plaintiff, ) <br> ) Case No. 3:06-cv-70 (TMB) <br> vs. ) <br> ) <br> BRYAN BARLOW, in his individual, ) <br> Capacity, ANDY DEVEAUX, in his ) <br> individual capacity and City of ) <br> Homer. ) <br> ) <br> Defendants. ) | **NOTICE OF SUBMISSION <br> OF PROPOSED ORDER <br> GRANTING MOTION FOR <br> ENLARGEMENT OF TIME** |

COMES NOW the Plaintiff, by and through counsel, and submits the attached proposed order granting the Plaintiff's motion for enlargement of time to respond to Defendant City of Homer's Motion for Summary Judgment. The proposed order was inadvertently omitted as an attachment to Plaintiff's motion (Document #71).

DATED this 28th day of September, 2007.

                        ROBINSON & ASSOCIATES

          By:   s/ARTHUR S. ROBINSON
                Attorney for Plaintiff
                35401 Kenai Spur Highway
                Soldotna, AK 99669
                Tel: (907) 262-9164
                Fax: (907) 262-7034
                Email: Office@robinsonandassociates.net
                ABA 7405026

**Certificate of Service**
I HEREBY CERTIFY that on September 28, 2007, a copy of the foregoing Unopposed Motion for Enlargement of Time was served electronically on the following:

Gilman Dana S. Burke  Dana_Burke@law.state.ak.us
Frank S. Koziol  koziol@gci.net
Dept. H&SS, OCS  Jan.Rutherford@Alaska.gov

By: s/Arthur S. Robinson