Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cv-70 (TMB) |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his individual, ) | **[PROPOSED]** |
| Capacity, ANDY DEVEAUX, in his ) | **ORDER GRANTING MOTION** |
| individual capacity and City of ) | **FOR ENLARGEMENT OF TIME TO** |
| Homer. ) | **FILE OPPOSITION TO CITY OF** |
| ) | **HOMER'S MOTION FOR** |
| Defendants. ) | **SUMMARY JUDGMENT** |

Upon motion of Plaintiff for enlargement of time to file his opposition to defendant City of Homer's Motion for Summary Judgment (Docket #66), and there being no opposition from defendant; IT IS SO ORDERED.

Plaintiff's opposition shall be due on or before October 12, 2007.

DATED at Anchorage, Alaska, this ___ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
Judge of the U.S. District Court