IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cv-00070 TMB |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his ) | ORDER GRANTING |
| individual capacity, ANDY ) | DEFENDANT ANDY DEVEAUX'S |
| DEVEAUX, in his individual ) | UNOPPOSED MOTION TO PERMIT |
| capacity and CITY OF HOMER, ) | SUBMISSION OF AUDIO CD AS |
| ) | EXHIBIT AA TO HIS MOTION |
| Defendants. ) | FOR PARTIAL SUMMARY JUDGMENT |
| _____ ) | |

This Court, having considered Defendant Andy DeVeaux's Unopposed Motion to Permit Submission of Audio CD as Exhibit AA to his Motion for Partial Summary Judgment, and there being no opposition thereto, and good cause appearing for the granting of said motion,

IT IS HEREBY ORDERED that Defendant Andy DeVeaux's Unopposed Motion to Permit Submission of Audio CD as Exhibit AA to his Motion for Partial Summary Judgment at Docket [54] is GRANTED.  Defendant DeVeaux shall submit a notice of submission of Exhibit AA.

DATED this 11th of October, 2007.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE