IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DANIEL MAHONEY                          )
                                        )
            Plaintiff,                  )
                                        )
                                        )
                                        )
BRYAN BARLOW, in his individual         )
Capacity, ANDY DEVEAUX, in his          )
individual capacity and City of         )
Homer,                                  )
                                        )
Defendants.                             )       Case No. 3:06-cv-0070 TMB
                                        )

---

**ORDER ALLOWING SUBMISSION OF CD**


        The Court, having reviewed Defendant Barlow's Motion to Allow Submission of Compact
Disc containing the audio recording of Exhibit C to Defendant Barlow's Partial Summary Judgment
Motion, Docket at 25, is GRANTED. It is hereby ordered that the CD may be submitted. Upon
receipt the Court will maintain possession of the CD, marked as Exhibit C (CD) to Defendant
Barlow's Summary Judgment Memorandum, until the Court directs otherwise.

        IT IS SO ORDERED this 11th day of October, 2007 at Anchorage, Alaska.


                              /s/ Timothy M. Burgess
                              TIMOTHY M. BURGESS
                              U.S. DISTRICT COURT JUDGE