EXHIBIT 1

Warren Woodland Deposition Transcript

Filed Conventionally