**EXHIBIT 2**

**Kathleen Cruikshank Deposition Transcript**

**Filed Conventionally**