**EXHIBIT 3**

**James Hibpshman Deposition Transcript**

**Filed Conventionally**