FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,<br><br>        Plaintiff,<br><br>vs.<br><br>BRYAN BARLOW, in his individual capacity, ANDY DEVEAUX, in his individual capacity and CITY OF HOMER,<br><br>        Defendants. | Case No. 3:06-CV-00070 [TMB]<br><br>NOTICE OF SUBMISSION OF AUDIO CD (EXHIBIT AA) IN SUPPORT OF DEFENDANT ANDY DEVEAUX'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

COMES NOW Defendant ANDY DEVEAUX, by and through his attorney, FRANK S. KOZIOL, and pursuant to this Court's Order Granting Defendant Andy DeVeaux's Unopposed Motion to Permit Submission of Audio CD as Exhibit AA to his Motion for Partial Summary Judgment[1] dated October 11, 2007[2], hereby submit to this

---

[1] Docket No. 54.

[2] Docket No. 75.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Court the audio CD marked as Exhibit AA.

DATED: 10/15/2007

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant Andy
 DeVeaux

By: /s Frank S. Koziol
Law Office of Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone: 907-258-7706
Fax: 907-258-7707
Email: koziol@gci.net
ritagutierrez.koziol@gci.net
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 10/15/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Notice of Submission of Audio CD (Exhibit AA) in Support of Defendant Andy DeVeaux' Motion for Partial Summary Judgment
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2