IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BRYAN BARLOW, in his )<br>individual capacity, ANDY )<br>DEVEAUX, in his individual )<br>Capacity and CITY OF HOMER, )<br>)<br>Defendant, )<br>) | Case No. 3:06-CV-00070 TMB<br><br><br><br><br><br><br><br><br>**ORDER GRANTING MOTION TO**<br>**INTERVENE FOR LIMITED PURPOSE** |

       This Court, having reviewed the Department's Motion to Intervene, and any opposition thereto, and for good cause shown,

       The Court makes the following findings:

       1.    The Department's Motion to Intervene for Limited Purpose is timely filed.

       2.    The Department has an interest in this matter. Specifically, the Department has an interest in protecting and maintaining the confidentiality of agency records pertaining to J. M. pursuant to the provisions of AS. 47.10.05—47.10.142.

       3.    The Department's interest may be impaired by the Defendant's access to confidential and privileged records in this proceeding; and

       4.    The Department's interests cannot be adequately protected.

       The Department's Motion to Intervene for Limited Purpose is GRANTED. The Department is permitted to intervene for the purpose of asserting its interest in maintaining the confidentiality of agency records pertaining to J. M. pursuant to AS. 47.10.05--47.10.142.

       DATED: October 16, 2007

                                                     /s/ Timothy M. Burgess
                                                   TIMOTHY M. BURGESS
                                                   DISTRICT COURT JUDGE