FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,<br><br>        Plaintiff,<br><br>vs.<br><br>BRYAN BARLOW, in his individual capacity, ANDY DEVEAUX, in his individual capacity and CITY OF HOMER,<br><br>        Defendants. | Case No. 3:06-CV-00070 [TMB]<br><br>DEFENDANT ANDY DEVEAUX'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY TO PLAINTIFF'S OPPOSITION TO HIS MOTION FOR PARTIAL SUMMARY JUDGMENT |

COMES NOW Defendant ANDY DEVEAUX (Defendant), by and his attorney, FRANK S. KOZIOL, and, pursuant to D. Ak. LR 7.1, hereby moves this Court for an order extending the time to submit his reply to Plaintiff's Opposition to Defendant Andy DeVeaux's Motion for Partial Summary Judgment from October 19, 2007 to October 26, 2007.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

The undersigned's staff has spoken with Arthur S. Robinson and he does not oppose the motion.

This motion is based upon the accompanying memorandum of law. A proposed order accompanies the motion.

DATED: 10/19/2007          LAW OFFICE OF FRANK S. KOZIOL
                           Attorney for Defendant Andy
                             DeVeaux


                           By: /s Frank S. Koziol
                               Law Office of Frank S. Koziol
                               618 Christensen Drive
                               Anchorage, Alaska 99501
                               Phone: 907-258-7706
                               Fax: 907-258-7707
                               Email: koziol@gci.net
                               ritagutierrez.koziol@gci.net
                               ABA No. 7210054


THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 10/19/07


Defendant Andy DeVeaux's Unopposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to his Motion for Partial Summary Judgment
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707