FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DANIEL MAHONEY,               )
                              )
              Plaintiff,      )
                              )   Case No. 3:06-CV-00070 [TMB]
         vs.                  )
                              )
BRYAN BARLOW, in his          )   MEMORANDUM IN SUPPORT OF
individual capacity, ANDY     )   DEFENDANT ANDY DEVEAUX'S
DEVEAUX, in his individual    )   UNOPPOSED MOTION FOR EXTENSION
capacity and CITY OF HOMER,   )   OF TIME TO SUBMIT REPLY TO
                              )   PLAINTIFF'S OPPOSITION TO
              Defendants.     )   HIS MOTION FOR PARTIAL SUMMARY
_____)   JUDGMENT

      Defendant DeVeaux requests an extension of time from October 19, 2007 until October 26, 2007 to submit his reply to Plaintiff's Opposition for the reasons set forth hereafter. Plaintiff's attorney does not oppose the extension of time.[1]

      Defendant DeVeaux served and filed his Motion for

---

[1] Affidavit of Frank S. Koziol.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Summary Judgment on August 30, 2007. Plaintiff's opposition was originally due on September 17, 2007. Plaintiff requested and was granted an extension of time until October 12, 2007 (or a 25 day extension) to submit his opposition. Plaintiff served and filed his opposition to Defendant DeVeaux's Motion for Partial Summary Judgment on October 12, 2007.[2]

The undersigned counsel was out of the country on vacation from October 4, 2007 to October 13, 2007, returning to the office on October 15, 2007.[3]

On October 15, 2007, the undersigned attended a minor settlement hearing in Bottimore v. Jacokes, Civil Case No. 3AN-07-7249.[4]

Additionally, the undersigned was preparing for a Alaska Supreme Court oral argument in Logusak v. City of Togiak, S-12533 scheduled on October 16, 2007.[5]

After the oral argument in Logusak on October 16, 2007, the undersigned attended two pretrial scheduling conferences in Shapoval v. Pugh, Civil Case No. 4FA-06-1104 and

---

[2] See Docket Nos. 52, 63, 64, 70, 77.

[3] Affidavit of Frank S. Koziol.

[4] Affidavit of Frank S. Koziol.

[5] Affidavit of Frank S. Koziol.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant Andy DeVeaux's Unopposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to his Motion for Partial Summary Judgment
Mahoney v. Barlow, et al., Case No. 3:06-CV-00070 [TMB]
Page 2 of 4

in <u>McDermott v. City of Kenai, et al.</u>, Civil Case No. 3KN-04-864.[6]

The undersigned had voluminous correspondence and numerous telephone calls to return after having been out of the office for eleven days.[7]

For the aforementioned reasons, this Court should grant Defendant's Unopposed Motion for Extension of Time.

DATED: 10/19/2007          LAW OFFICE OF FRANK S. KOZIOL
                           Attorney for Defendant Andy
                             DeVeaux


                    By:    /s Frank S. Koziol
                           Law Office of Frank S. Koziol
                           618 Christensen Drive
                           Anchorage, Alaska 99501
                           Phone: 907-258-7706
                           Fax: 907-258-7707
                           Email: koziol@gci.net
                           ritagutierrez.koziol@gci.net
                           ABA No. 7210054

---

[6] Affidavit of Frank S. Koziol.

[7] Affidavit of Frank S. Koziol.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant Andy DeVeaux's Unopposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to his Motion for Partial Summary Judgment
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 3 of 4

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 10/19/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant Andy DeVeaux's Unopposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to his Motion for Partial Summary Judgment
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 4 of 4