FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-CV-00070 [TMB] |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his ) | |
| individual capacity, ANDY ) | |
| DEVEAUX, in his individual ) | |
| capacity and CITY OF HOMER, ) | |
| ) | |
| Defendants. ) | AFFIDAVIT OF FRANK S. KOZIOL |
| _____ ) | |

STATE OF ALASKA    )
                   ) ss.
THIRD JUDICIAL DISTRICT )

    I, FRANK S. KOZIOL, being first duly sworn upon his oath, makes the following statements based on personal knowledge, except as otherwise stated:

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

1. I have been retained to represent the interests of Defendant Andy DeVeaux in the above-captioned cause of action.

2. My staff spoke with Plaintiff's attorney Arthur S. Robinson's staff, Bonnie Burger, who advised Mr. Robinson does not oppose the extension of time.

3. I was out of the country on vacation from October 4, 2007 to October 13, 2007, returning to the office on October 15, 2007.

4. On October 15, 2007, I attended a minor settlement hearing in Bottimore v. Jacokes, Civil Case No. 3AN-07-7249.

5. Additionally, I was preparing for a Alaska Supreme Court oral argument in Logusak v. City of Togiak, S-12533 scheduled on October 16, 2007.

6. After the oral argument in Logusak on October 16, 2007, I attended two pretrial scheduling conferences in Shapoval v. Pugh, Civil Case No. 4FA-06-1104 and in McDermott v. City of Kenai, et al., Civil Case No. 3KN-04-864.

7. I had voluminous correspondence and numerous telephone calls to return after having been out of the office for eleven days.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
Mahoney v. Barlow, et al., Case No. 3:06-CV-00070 [TMB]
Page 2 of 3

8.   FURTHERMORE, your affiant sayeth naught.

_____
FRANK S. KOZIOL

SUBSCRIBED AND SWORN TO before me this 19TH day of October, 2007.



_____
Notary Public in and for Alaska
My Commission expires: 09/06/09

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 10/19/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 3 of 3