TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendant Bryan Barlow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SUBMISSION OF CD** |
| v. ) | **PURSUANT** TO COURT ORDER, |
| ) | **DOCKET 76** |
| BRYAN BARLOW, in his individual ) | |
| Capacity, ANDY DEVEAUX, in his ) | |
| individual capacity and City of ) | |
| Homer, ) | |
| ) | |
| Defendants. ) | Case No. 3:06-cv-0070 TMB |
| ) | |

Defendant Bryan Barlow ("Sgt. Barlow"), through counsel and pursuant to Court's October 11, 2007 Order, Docket No. 76, hereby notifies the Court and opposing counsel of Sgt. Barlow's submission to the Court of the compact disc containing the audio recording of Exhibit C to Defendant Barlow's partial summary judgment motion, Docket No. 25. The compact disc, marked as Exhibit C (CD) is hereby submitted via courier delivery to:

Attn: Case No. 3:06-cv-00070 TMB
Office of the Clerk
Federal Building US Court House
222 W. 7th Ave. Room 229
Anchorage, AK 99513-7564

A copy of this notice is being filed electronically. A copy of this notice will be submitted along with the courier delivery of the CD. Opposing counsel were previously served copies of Exhibit C (CD) when Sgt. Barlow filed and served his motion for partial summary judgment, Docket No. 25.

DATED this 19th day of October 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By:   /s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:   (907) 258-0760
Dana.Burke@alaska.gov
TWC.ECF@alaska.gov

This is to certify that on this date, a copy of
NOTICE OF SUBMISSION OF CD
is being electronically filed and served by mail on:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke 10/19/07

Notice of Submission of CD
*Mahoney v. Barlow et al*
Case No. 3:06-cv-0070-TMB
Page 2 of 2