FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF HOMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-CV-00070 [TMB] |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his ) | |
| individual capacity, ANDY ) | |
| DEVEAUX, in his individual ) | |
| capacity and CITY OF HOMER, ) | STIPULATION FOR DISMISSAL OF |
| ) | DEFENDANT CITY OF HOMER WITH |
| Defendants. ) | PREJUDICE |
| ) | |

COME NOW the parties, by and through their attorneys of record, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate that the above-captioned cause of action against the City of Homer be dismissed with prejudice, each party to bear their own costs and attorney's fees. This stipulation has no effect on Plaintiff's claims against Defendants ANDY DEVEAUX and BRYAN BARLOW.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

DATED: 10/19/2007

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant City of Homer

By: /s Frank S. Koziol
Law Office of Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone: 907-258-7706
Fax: 907-258-7707
Email: koziol@gci.net
ritagutierrez.koziol@gci.net
ABA No. 7210054

ROBINSON & ASSOCIATES
Attorneys for Plaintiff
Daniel Mahoney

Dated: 10/19/2007

By: s/ Arthur S. Robinson
(CONSENT GIVEN)
Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669
Phone: 907-262-9164
Fax: 907-262-7034
Email:
office@robinsonandassociates.net
lynda@robinsonandassociates.net
Alaska Bar No. 7405026

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation For Dismissal of Defendant City of Homer With Prejudice
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 3

```
                              STATE OF ALASKA, DEPARTMENT OF LAW
                              OFFICE OF THE ATTORNEY GENERAL
                              Attorneys for Defendant
                               Bryan Barlow


Dated: 10/19/2007             By:  s/ G. Dana S. Burke (CONSENT
                              GIVEN)
                              G. Dana S. Burke
                              Assistant Attorney General
                              State of Alaska Department of Law
                              Office of the Attorney General
                              1031 West Fourth Avenue, Suite 200
                              Anchorage, Alaska 99501
                              Phone: 907-269-5190
                              Fax: 907-258-0760
                              dana.burke@law.alaska.gov
                              twc.ecf@alaska.gov
                              angela.driggs@alaska.gov
                              Alaska Bar No. 9011085
```

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 10/19/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation For Dismissal of Defendant City of Homer With Prejudice
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 3 of 3