FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) Plaintiff, ) | |
| ) | Case No. 3:06-CV-00070 [TMB] |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his ) individual capacity, ANDY ) DEVEAUX, in his individual ) capacity and CITY OF HOMER, ) | REQUEST FOR ORAL ARGUMENT |
| ) | |
| Defendants. ) | |

Pursuant to D. Ak. LR 7.2(a), Defendant ANDY DEVEAUX, by and through his attorney, FRANK S. KOZIOL, requests oral argument on Defendant Andy DeVeaux's Motion for Partial Summary Judgment dated August 30, 2007.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

```
DATED: 10/19/2007              LAW OFFICE OF FRANK S. KOZIOL
                               Attorney for Defendant Andy
                                DeVeaux


                               By:  /s Frank S. Koziol
                                   Law Office of Frank S. Koziol
                                   618 Christensen Drive
                                   Anchorage, Alaska 99501
                                   Phone: 907-258-7706
                                   Fax: 907-258-7707
                                   Email: koziol@gci.net
                                   ritagutierrez.koziol@gci.net
                                   ABA No. 7210054
```

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 10/19/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Request For Oral Argument
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2