FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:06-CV-00070 [TMB] |
| vs. | ) |
| | ) |
| BRYAN BARLOW, in his | ) |
| individual capacity, ANDY | ) |
| DEVEAUX, in his individual | ) PROPOSED ORDER GRANTING |
| capacity and CITY OF HOMER, | ) REQUEST FOR ORAL ARGUMENT |
| | ) |
| Defendants. | ) |

The Court having received Defendant ANDY DEVEAUX's

Request for Oral Argument on his Motion for Partial Summary

Judgment dated August 30, 2007, and being fully advised in the

premises,

IT IS HEREBY ORDERED that said request is granted, and

oral argument thereon is set before the undersigned on the _____

day of _____, 2007, at the hour of _____ m. in

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Courtroom _____.

DATED this _____ of _____, 2007.

_____
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was
served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 10/19/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Granting Request For Oral Argument
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2