Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cv-70 (TMB) |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his individual, ) | **MOTION ON SHORT NOTICE** |
| Capacity, ANDY DEVEAUX, in his ) | **FOR TELEPHONIC PARTICIPATION** |
| individual capacity and City of ) | |
| Homer. ) | |
| ) | |
| Defendants. ) | |

COMES NOW Plaintiff by and through his counsel, Arthur S. Robinson, and makes this Motion on Short Notice For Telephonic Participation for the reason that a local court matter has come up on counsel's schedule that will prevent him from attending this matter in person which is scheduled 10/24/07 at 2:00 pm for Oral Argument on Defendants Deveaux and City of Homer's Motion to Compel.

DATED this 24th day of October, 2007.

                                  ROBINSON & ASSOCIATES

            By:    s/ARTHUR S. ROBINSON (ABA#7405026)
                     Attorney for Plaintiff
                     35401 Kenai Spur Highway
                     Soldotna, AK 99669
                     Tel: (907) 262-9164
                     Fax: (907) 262-7034
                     Email: Office@robinsonandassociates.net

```
CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 24nd
day of October, 2007, a copy of the
foregoing was electronically served
on the following:

Gilman Dana S. Burke
Dana_Burke@law.state.ak.us

Frank S. Koziol
koziol@gci.net

s/Arthur S. Robinson
```