Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY,<br><br>        Plaintiff,<br><br>vs.<br><br>BRYAN BARLOW, in his individual,<br>Capacity, ANDY DEVEAUX, in his<br>individual capacity and City of<br>Homer.<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:06-cv-70 (TMB)<br>)<br>) **AFFIDAVIT IN SUPPORT OF**<br>) **MOTION ON SHORT NOTICE**<br>) <u>**FOR TELEPHONIC PARTICIPATION**</u><br>)<br>)<br>)<br>) |

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

    ARTHUR S. ROBINSON, being first duly sworn, states:

    1.   I am attorney of record for Plaintiff in the captioned matter;

    2.   That I had intended to attend the Oral Argument scheduled today on Defendants Deveaux and City of Homer's Motion to Compel;

    3.   That another local court matter has been scheduled that will prevent me from attending the Oral Argument in this case in person;

4. Therefore, counsel respectfully requests that he be allowed to participate by telephone in the Oral Argument scheduled in the Mahoney matter 10/24/07 at 2 pm.

FURTHER AFFIANT SAYETH NAUGHT.

Arthur S. Robinson

SUBSCRIBED AND SWORN to before me this 24th day of October, 2007.

LYNDA F. MOORE
NOTARY PUBLIC
STATE OF ALASKA
My Commission Expires: 1-31-09

Notary Public in and for Alaska.
My Commission Expires: 1-31-09

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 24nd day of October, 2007, a copy of the foregoing was electronically served on the following:

Gilman Dana S. Burke
Dana_Burke@law.state.ak.us

Frank S. Koziol
koziol@gci.net

s/Arthur S. Robinson