MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Mahoney v. Barlow et al.*

Case No. 3:06-cv-00070 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendants Andy Deveaux and the City of Homer have filed a Motion to Compel (Dkt. 38) the disclosure of records from the State of Alaska's Office of Children's Services related to Plaintiff Mahoney, his wife Melodie Mahoney, and their daughter J.M. The Alaska Department of Health and Human Services then moved to intervene (Dkt. 47) for the limited purpose of asserting the Department's interest in maintaining the confidentiality of privileged information concerning J.M. The Department also moved for an *in camera* review (Dkt. 50) by this Court of the Office of Children's Services' entire file related to J.M.

**IT IS HEREBY ORDERED:** Plaintiff's Motion to Compel (Dkt. 38) is GRANTED subject to the following conditions: The Department of Health and Human Services must review the entire file related to J.M. and prepare a privilege log for documents the Department wishes to withhold or redact based on privilege or relevancy to the Plaintiff's claims; and Defendants Deveaux and the City of Homer shall prepare an order, in consultation with the Department of Health and Human Services, containing proposed language as to how the parties will maintain the confidentiality of records disclosed to them from the Office of Children's Services' files related to J.M. Both the privilege and relevancy log and the proposed order shall be filed within 30 days.

Based on this order, the Department of Health and Human Services' Motion for *In Camera* Review (Dkt. 50) is denied as moot.

Finally, it appears that certain pleadings and supporting attachments filed in this matter fail to comply with Local Rule 5.2.1 and the Court's Electronic Filing Administrative Policies and Procedures. In order to protect the identity of minor children, the clerk is directed to restrict access to all pleadings and supporting documents identifying them by name to case participants and the Court. Counsel are directed to comply with Local Rule 5.2.1 and the Court's Electronic Filing Administrative Policies and Procedures in all future filings.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: October 24, 2007