```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>DANIEL MAHONEY</u>  vs.  <u>BRYAN BARLOW, ET AL., ANY DEVEAUX, DEPARTMENT</u>
                       <u>OF HEALTH AND SOCIAL SERVICES, OCS.</u>

BEFORE THE HONORABLE  <u>TIMOTHY M. BURGESS                    </u>
CASE NO. <u>               3:06-CV-00070-TMB                  </u>

DEPUTY CLERK/RECORDER:       LYNN GROVES-KELLEY/CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:   ARTHUR ROBINSON, TELEPHONIC

                DEFENDANT:   GILMAN DANA S. BURKE For Deft Barlow
                             FRANK S. KOZIOL, JR. For Deft Deveaux
                             JAN RUTHERDALE, TELEPHONIC for Deft
                             H&SS AND OCS

PROCEEDINGS: ORAL ARGUMENT ON MOTION TO COMPEL AND MOTION FOR
             DISCOVERY (DKTS 38 & 50) HELD 10/24/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:06 p.m. court convened.

Court and counsel heard re Courts Minute Order that will be issued referring to minors name in pleadings.

Court and counsel heard re Mr. Mahoney's Depositions, minors removal from home, dispositive motions, length of litigation, summary judgment motions and possible settlement discussions.

Court and counsel heard re Motion to Compel (DKT 38) **GRANTED.**

Court ordered Ms. Rutherdale to produce a privilege and relevance log to Mr. Koziel as soon as possible.

Court ordered that Ms. Rutherdale and Mr. Koziel propose an order re how language is to be used in order to protect the information and to produce and file the privilege log and proposed order to the court, under seal, on or before **November 26, 2007.**

Court and counsel heard re possible settlement and scheduling oral arguments on motions.

Court and counsel heard re Motion for Discovery (DKT 50); **DENIED AS MOOT.**

At 2:46 p.m. court adjourned.


DATE:<u>   October 24, 2007   </u>   DEPUTY CLERK'S INITIALS:<u>   CME   </u>

Revised 6/18/07