TALIS J. COLBERG
ATTORNEY GENERAL

Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Alaska Bar No. 8308081

Counsel for State of Alaska, Department
Of Health & Social Services, Office of
Children's Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:06-CV-00070 [TMB] |
| ) | |
| BRYAN BARLOW, in his ) | |
| individual capacity, ANDY ) | |
| DEVEAUX, in his individual ) | |
| Capacity and CITY OF HOMER, ) | |
| ) | |
| Defendant, ) | |
| ) | |

**NON-OPPOSED MOTION FOR EXTENSION OF TIME**

On October 24, 2007, the court issued a minute order after a hearing related to discovery issues in the above captioned matter. The court ruled that the State of Alaska was to produce a privilege and relevance log to counsel for Mr. Deveaux and that counsel for both parties were to confer and produce a proposed protective order on or before November 26, 2007. The parties are working on this, but need an additional week, until December 3, 2007 to have sufficient time to meet, confer and agree to a

proposed order. The undersigned spoke with Mr. Koziol, attorney for Mr. Deveaux who indicates his non-opposition to this motion.

DATED: _____

                TALIS J. COLBERG
                ATTORNEY GENERAL

BY:   s/Jan A. Rutherdale
       Assistant Attorney General
       Office of the Attorney General
       P.O. Box 110300
       Juneau, Alaska 99811
       Phone: (907) 465-3600
       Fax: (907) 465-2539
       Jan.Rutherdale@alaska.gov
       Alaska Bar No. 8308081