TALIS J. COLBERG
ATTORNEY GENERAL

Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Alaska Bar No. 8308081

Counsel for State of Alaska, Department
Of Health & Social Services, Office of
Children's Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:06-CV-00070 [TMB] |
| ) | |
| BRYAN BARLOW, in his ) | |
| individual capacity, ANDY ) | |
| DEVEAUX, in his individual ) | |
| Capacity and CITY OF HOMER, ) | |
| ) | |
| Defendant, ) | |
| ) | |

**ORDER GRANTING EXTENSION OF TIME (PROPOSED)**

This matter having come before the parties on a motion for extension of time, and the court being fully advised, the proposed protective order that was due on or before November 26, 2007 shall be due on or before December 3, 2007.

DATED: _____

_____
Timothy Burgess
District Court Judge