TALIS J. COLBERG
ATTORNEY GENERAL

Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Alaska Bar No. 8308081

Counsel for State of Alaska, Department
Of Health & Social Services, Office of
Children's Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BRYAN BARLOW, in his )<br>individual capacity, ANDY )<br>DEVEAUX, in his individual )<br>Capacity and CITY OF HOMER, )<br>)<br>Defendant, )<br>_____ ) | Case No. 3:06-CV-00070 [TMB] |

**SUBMISSION OF PRIVILEGE LOG**

Pursuant to the Court's Order From Chambers entered October 24, 2007, the Office of Children's Services, through the State of Alaska, Department of Law, hereby submits the attached privilege log, which identifies which documents in the OCS file that will be withheld from any party requesting access to the file.

DATED: _____

        TALIS J. COLBERG
        ATTORNEY GENERAL

BY:  s/Jan A. Rutherdale
      Assistant Attorney General
      Office of the Attorney General
      P.O. Box 110300
      Juneau, Alaska 99811
      Phone: (907) 465-3600
      Fax:  (907) 465-2539
      Jan.Rutherdale@alaska.gov
      Alaska Bar No. 8308081

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, correct copies of the foregoing Submission of Privilege Log and the privilege log were served electronically on:

Arthur S. Robinson, Esq.

G. Dana S. Burke

Frank S. Koziol, Esq.

        s/Jan A. Rutherdale