```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

DANIEL MAHONEY                        vs.  BRYAN BARLOW, ET AL

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.               3:06-cv-00070-TMB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     ARTHUR ROBINSON - TELEPHONIC

               DEFENDANT:     GILMAN BURKE AND FRANK KOZIOL

PROCEEDINGS: SCHEDULING CONFERENCE (ORAL ARGUMENT ON DEFENDANT
             BARLOW'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE:
             QUALIFIED IMMUNITY (DKT 25) AND DEFENDANT DEVEAUX'S
             MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT 52))
             HELD DECEMBER 12, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:03 p.m. court convened.

Court and counsel heard re plaintiff's counsel being stuck and unable to fly into Anchorage.

Oral Argument on Defendant Barlow's Motion for Partial Summary Judgment Re: Qualified Immunity (Dkt 25) and Defendant Deveaux's Motion for Partial Summary Judgment (Dkt 52) reset for **January 29, 2008 at 3:30 p.m**.

At 3:11 p.m. court adjourned.

DATE:    December 12, 2007      DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07