MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

_____DANIEL MAHONEY_____ vs. _____BRYAN BARLOW, et al_____

BEFORE THE HONORABLE __TIMOTHY M. BURGESS__  CASE NO. _3:06-CV-00070-TMB_

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

APPEARANCES:   PLAINTIFF:___ARTHUR S. ROBINSON_____

               DEFENDANT:___DANA S. BURKE for BARLOW_____
                           __FRANK S. KOZIOL, JR. for DEVEAUX_

PROCEEDINGS: ORAL ARGUMENT ON DEFENDANT BARLOW'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE QUALIFIED IMMUNITY (DKT 25) AND DEFENDANT DEVEAUX'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT 52) HELD 1/29/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:48 p.m. court convened.

Arguments heard re Defendant Barlow's Motion for Partial Summary Judgment Re Qualified Immunity (Dkt 25).

Arguments heard re Defendant Deveaux's Motion for Partial Summary Judgment (Dkt 52).

Court and counsel heard re Defendant Barlow's Motion for Partial Summary Judgment Re Qualified Immunity (Dkt 25) and Defendant Deveaux's Motion for Partial Summary Judgment (Dkt 52); **MATTER TAKEN UNDER ADVISEMENT**, written ruling to issue.

At 4:56 p.m. court adjourned.

DATE:_____January 29, 2008_____ DEPUTY CLERK'S INITIALS:___SCL__

Revised 6/18/07