IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRYAN BARLOW, in his ) <br> individual capacity, ANDY ) <br> DEVEAUX, in his individual ) <br> capacity and CITY OF HOMER, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:06-cv-00070 TMB <br><br><br> ORDER GRANTING <br> STIPULATION FOR DISMISSAL OF <br> DEFENDANT CITY OF HOMER WITH <br> PREJUDICE |

Based upon the stipulation of the Parties which is incorporated herein by reference, this case is dismissed with prejudice against the City of Homer, each party to bear their own costs and attorney's fees.

DATED this 5th day of February, 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE