TALIS J. COLBERG
ATTORNEY GENERAL

Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Alaska Bar No. 8308081

Counsel for State of Alaska, Department
Of Health & Social Services, Office of
Children's Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:06-CV-00070 [TMB] |
| ) | |
| BRYAN BARLOW, in his ) | |
| individual capacity, ANDY ) | |
| DEVEAUX, in his individual ) | |
| Capacity and CITY OF HOMER, ) | |
| ) | |
| Defendant, ) | |
| ) | |

**NOTICE OF TERMINATION OF SERVICE**

COMES NOW the Office of the Attorney General, as counsel to the State of Alaska,

Department of Health and Social Services, Office of Children's Services, and enters its

Notice of Termination of Service. Undersigned counsel intervened on a limited basis,

and there is no further need for counsel to receive additional notice of filings in this case.

DATED: _____

TALIS J. COLBERG
ATTORNEY GENERAL

BY: s/Jan A. Rutherdale
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
Phone: (907) 465-3600
Fax: (907) 465-2539
Jan.Rutherdale@alaska.gov
Alaska Bar No. 8308081

Notice of Termination of Service
*Mahoney v. Barlow, et. al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2