IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 3:06-cv-00070 (TMB) | |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his individual, ) | **[PROPOSED]** |
| Capacity, ANDY DEVEAUX, in his ) | **ORDER GRANTING PLAINTIFF'S** |
| individual capacity. ) | **MOTION FOR RECONSIDERATION** |
| ) | |
| Defendants. ) | |

THIS COURT having reviewed Plaintiff's *Motion for Reconsideration* regarding this Court's order which granted defendants' motions for summary judgment based on qualified immunity, and for good cause shown;

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED that this Court's *Order Re: Defendants' Motions for Partial Summary Judgment Based On Qualified Immunity* is hereby vacated.

DATED: _____.

_____
The Honorable Timothy M. Burgess
U. S. District Judge