Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY<br><br>    Plaintiff,<br><br>vs.<br><br>BRYAN BARLOW, in his individual, Capacity, ANDY DEVEAUX, in his individual capacity and City of Homer.<br><br>    Defendants. | Case No. 3:06-cv-70 (TMB)<br><br>**STIPULATION TO EXTEND<br>READINESS FOR TRIAL ORDER** |

COME NOW the parties, by and through their attorneys of record, and hereby stipulate and agree to extend the deadline issued in the Court's *Order* dated March 27, 2008, regarding the case's certification of readiness for trial, to May 15, 2008.

This stipulation is agreed upon for the reason that attorney for plaintiff will be out of the country during the month of April and thereby unavailable to consult with other counsel to certify that the matter is ready for trial.

IT IS SO STIPULATED AND AGREED.

```
Dated:   4/4/08              ROBINSON & ASSOCIATES

                      By:    s/ARTHUR S. ROBINSON
                             Attorney for Plaintiff
                             35401 Kenai Spur Highway
                             Soldotna, AK 99669
                             Tel: (907) 262-9164
                             Fax: (907) 262-7034
                             Email: Office@robinsonandassociates.net
                             ABA 7405026


Dated:   4/3/08              DAVID W. MARQUEZ
                             Attorney General

                      By:    s/GILMAN DANA S. BURKE
                             Assistant Attorney General
                             Office of the Attorney General
                             1031 W. 4th Ave., Ste. 200
                             Anchorage, AK 99501
                             Phone: (907) 269-5190
                             Fax:   (907) 258-0760
                             Dana_Burke@law.state.ak.us
                             TWC_ECF@law.state.ak.us
                             ABA 9011085


Dated:   4/4/08              LAW OFFICE OF FRANK S. KOZIOL

                      By:    S/FRANK S. KOZIOL
                             618 Christensen Drive
                             Anchorage, AK  99501
                             Phone: (907) 258-7706
                             Fax: (907) 258-7707
                             koziol@gci.net
                             ritagutierrez.koziol@gci.net
                             ABA 7210054
```

**Certificate of Service**

I HEREBY CERTIFY that on April 7, 2008, a copy of the foregoing Stipulation was served electronically on the following:

Gilman Dana S. Burke   Dana_Burke@law.state.ak.us
Frank S. Koziol   koziol@gci.net

By: s/Arthur S. Robinson