Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY )<br>)<br>     Plaintiff, )<br>) <br>vs. )<br>)<br>BRYAN BARLOW, in his individual, )<br>Capacity, ANDY DEVEAUX, in his )<br>individual capacity and City of )<br>Homer. )<br>)<br>     Defendants. ) | Case No. 3:06-cv-70 (TMB)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND READINESS FOR TRIAL ORDER** |

Upon the parties' stipulation to extend the deadline in the *Certification of Readiness for Trial Order* dated March 27, 2008,

IT IS HEREBY ORDERED that the parties' stipulation is GRANTED.

DATED: _____.


                                                                    The Honorable Timothy M. Burgess
                                                                    Judge of the U.S. District Court