Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cv-70 (TMB) |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his individual, ) | |
| Capacity, ANDY DEVEAUX, in his ) | **REPORT ON** |
| individual capacity and City of ) | **READINESS FOR TRIAL** |
| Homer. ) | |
| ) | |
| Defendants. ) | |

    COMES NOW the Plaintiff, by and through his attorney of record, Arthur S. Robinson, and after counsel's discussions with defendants' counsel, Plaintiff makes the following report to the court:

    1)   Discovery is complete;

    2)   Plaintiff's motion for reconsideration of the Court's Order of 3/26/08 granting defendants' motion for partial summary judgment regarding qualified immunity is pending before this Court.

3)   Settlement has not been seriously explored. Counsel for defendant Barlow has indicated that Mr. Barlow does not want to settle. Counsel for Defendant Deveaux has not indicated if Mr. Deveaux will settle. Plaintiff Mahoney is willing to settle and requests a settlement conference.

4)   The three dates offered for trial are as follows:

November 17, 2008
February 9, 2009
March 2009

Defendant Barlow will only be available for trial during November 2008 and February 2009. Defendant Deveaux will be available only in March, 2009. Plaintiff Mahoney is available for trial during any of the proposed dates.

Dated:  __5/15/08__          ROBINSON & ASSOCIATES

                    By:   s/ARTHUR S. ROBINSON
                          Attorney for Plaintiff
                          35401 Kenai Spur Highway
                          Soldotna, AK 99669
                          Tel: (907) 262-9164
                          Fax: (907) 262-7034
                          Email: Office@robinsonandassociates.net
                          ABA 7405026


**Certificate of Service**
I HEREBY CERTIFY that on May 15, 2008, a copy of the foregoing report on the readiness for trial was served electronically on the following:

Gilman Dana S. Burke  Dana_Burke@law.state.ak.us
Frank S. Koziol  koziol@gci.net

By: s/Arthur S. Robinson