FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-CV-00070 [TMB] |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his ) | |
| individual capacity, ANDY ) | |
| DEVEAUX, in his individual ) | |
| capacity and CITY OF HOMER, ) | RESPONSE TO REPORT ON READINESS |
| ) | FOR TRIAL |
| Defendants. ) | |

COMES NOW Defendant ANDY DEVEAUX, by and through his attorney, FRANK S. KOZIOL, and hereby submits his response to the Report on Readiness for Trial dated May 15, 2008 as follows:

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Counsel for Defendant Andy DeVeaux was not available when the attorneys discussed the submission of the Report for Readiness for Trial. Defendant Andy DeVeaux's counsel's secretary did speak with Plaintiff's attorney. However, the following additional information is hereby set forth for the Court.

Regarding the first proposed trial date of November 17, 2008, defense counsel is in a 12-day trial beginning on November 3, 2008 in Kenai, Alaska and could not attend a trial set in this case.

As to the proposed trial date of February 9, 2009, defense counsel is in a 6-day trial beginning on February 9, 2009 and could not attend a trial set in this case.

Defense counsel is available for trial during January, 2009 and March, 2009.

Regarding a settlement conference, Defendant DeVeaux is willing to attend a settlement conference, but doubts the usefulness of it given Defendant Barlow's position he will not settle.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to Report on Readiness for Trial
Mahoney v. Barlow, et al., Case No. 3:06-CV-00070 [TMB]
Page 2 of 3

DATED: 5/16/2008                    LAW OFFICE OF FRANK S. KOZIOL
                                    Attorney for Defendant Andy
                                        DeVeaux


                                    By:  /s Frank S. Koziol
                                         Law Office of Frank S. Koziol
                                         618 Christensen Drive
                                         Anchorage, Alaska 99501
                                         Phone: 907-258-7706
                                         Fax: 907-258-7707
                                         Email: koziol@gci.net
                                         ritagutierrez.koziol@gci.net
                                         ABA No. 7210054


THIS IS TO CERTIFY that a copy of the foregoing was
served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 5/16/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Response to Report on Readiness for Trial
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 3 of 3