TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendant Bryan Barlow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANT BARLOW'S** |
| ) | **RESPONSE TO PLAINTIFF'S** |
| BRYAN BARLOW, in his individual ) | **REPORT ON READINESS** |
| Capacity, ANDY DEVEAUX, in his ) | **FOR TRIAL** |
| individual capacity and City of ) | |
| Homer, ) | |
| ) | |
| Defendants. ) | Case No. 3:06-cv-0070 TMB |
| ) | |

Defendant Bryan Barlow, An Alaska State Trooper ("Sgt. Barlow"), submits this response to Plaintiff's May 15, 2008 report on readiness for trial in order to correctly state Sgt. Barlow's position as to settlement and Plaintiff's proposed settlement conference. Contrary to Plaintiff's position, Sgt. Barlow has seriously explored the possibility of settlement and has determined that settlement is impracticable. Given that circumstance Sgt. Barlow is not interested in participating in a settlement conference.

DATED this 16th day of May, 2008, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By:   /s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:   (907) 258-0760
Dana_Burke@alaska.gov
TWC_ECF@alaska.gov
Alaska Bar No. 9011085

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of
**Defendant Barlow's Response to Plaintiff's
Report on Readiness for Trial**
is being electronically filed and served by mail on:

Arthur S. Robinson
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, AK 99669

Frank Koziol
Attorney at Law
618 Christensen Drive
Anchorage, AK 99501

/s/ Gilman Dana S. Burke 5/16/08

Defendant Barlow's Response to Plaintiff's Report on Readiness for Trial
*Mahoney v. Barlow et al*
Page 2 of 2