Arthur S. Robinson
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK  99669
Telephone: (907) 262-9164
Facsimile: (907) 262-7034
office@robinsonandassociates.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:06-cv-70 (TMB) |
| vs. | ) |
| | ) |
| BRYAN BARLOW, in his individual, | ) **REQUEST FOR CLARIFICATION** |
| Capacity, ANDY DEVEAUX, in his | ) **OF DEFENDANT BARLOW'S** |
| individual capacity and City of | ) **RESPONSE TO PLAINTIFF'S** |
| Homer. | ) **REPORT ON READINESS FOR** |
| | ) **TRIAL** |
| Defendants. | ) |

In Defendant Barlow's response to the Plaintiff's report on readiness for trial, counsel indicated that Sgt. Barlow has "seriously explored the possibility of settlement and has determined that settlement is impracticable." Plaintiff would request clarification from Sgt. Barlow's counsel of what specific settlement efforts were made towards Plaintiff to

settle the case. Plaintiff's counsel has had no serious settlement discussions with Sgt. Barlow's counsel.

Dated: __5/20/08__          ROBINSON & ASSOCIATES

                      By:   s/ARTHUR S. ROBINSON
                            Attorney for Plaintiff
                            35401 Kenai Spur Highway
                            Soldotna, AK 99669
                            Tel: (907) 262-9164
                            Fax: (907) 262-7034
                            Email: Office@robinsonandassociates.net
                            ABA 7405026

**Certificate of Service**
I HEREBY CERTIFY that on May 20, 2008, a copy of the foregoing report on the readiness for trial was served electronically on the following:

Gilman Dana S. Burke   Dana_Burke@law.state.ak.us
Frank S. Koziol   koziol@gci.net

By: s/Arthur S. Robinson