FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
ANDY DEVEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL MAHONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-CV-00070 [TMB] |
| vs. ) | |
| ) | |
| BRYAN BARLOW, in his ) | |
| individual capacity, ANDY ) | PROPOSED |
| DEVEAUX, in his individual ) | ORDER DENYING |
| capacity and CITY OF HOMER, ) | PLAINTIFF'S MOTION |
| ) | FOR RULE 54(b) ENTRY |
| Defendants. ) | OF JUDGMENT |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

This Court, having reviewed Plaintiff's Motion for Rule 54(b) Entry of Judgment, and Defendant Andy DeVeaux's opposition thereto, and good cause appearing for the denial of

said motion,

IT IS HEREBY ORDERED that Plaintiff's Motion for Rule 54(b) Entry of Judgment is denied.

DATED this ____ of _____, 2008.

_____
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Arthur S. Robinson, Esq.
Robinson & Associates
35401 Kenai Spur Highway
Soldotna, Alaska 99669

G. Dana S. Burke, Esq.
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501

/s Frank S. Koziol 7/28/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Denying Plaintiff's Motion For Rule 54(b) Entry of Judgment
*Mahoney v. Barlow, et al.*, Case No. 3:06-CV-00070 [TMB]
Page 2 of 2